| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>822927<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. | **Order Filed on May 1, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   ACB RECEIVABLES MANAGEMENT, INC.<br><br>   Debtor | Case No.: 16-27343 - CMG<br><br>Hearing Date: 04/30/2019 @ 10:00 AM<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 7 |

Recommended Local Form:  ☐ Followed  ☒ Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY PURSUANT TO §362(d), NUNC PRO TUNC, TO VALIDATE FORECLOSURE PROCEEDINGS**

___ The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 1, 2019**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of WELLS FARGO BANK, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings as of February 14, 2018 as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated pursuant to §362(d), Nunc Pro Tunc, as of February 14, 2018 to validate foreclosure proceedings, and all actions taken since that time, to permit the movant to continue with its State Court Rights in the following:

☒ Real Property more fully described as:

> 75 BRANDYWINE CT, BRICK, NJ 08724 NKA 75 BRANDYWINE COURT, BRICK, NJ 08724-2070

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-27343-CMG
ACB Receivables Management, Inc.                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: May 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db              #+ACB Receivables Management, Inc.,    19 Main Street,    Asbury Park, NJ 07712-7012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Alan I. Moldoff    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
              Alan I. Moldoff    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
              Alekandra Kaplun    on behalf of Defendant    Bank of America, N.A. akaplun@mcguirewoods.com
              Allen I Gorski    on behalf of Creditor     Center for Ambulatory Surgery, LLC
               agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski, Esq. agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski agorski@gorskiknowlton.com
              Andrew L. Spivack    on behalf of Creditor     THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
               AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORAT nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor     Select Portfolio Servicing, Inc. as servicing agent for
               Deutsche Bank National Trust Company bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Ann F. Kiernan    on behalf of Creditor    Mid Jersey Endodontic Group ann@kiernanlaw.net
              Anthony Sodono, III    on behalf of Mediator Anthony Sodono asodono@msbnj.com
              Benjamin W. Spang    on behalf of Counter-Claimant    PNC Bank, N.A. bspang@dilworthlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Daniel E Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Defendant    PNC Bank, N.A. bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Counter-Defendant    Daniel E. Straffi, Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Plaintiff    Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: May 01, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Daniel E. Straffi    on behalf of Plaintiff    Daniel E. Straffi, Chapter 7 Trustee bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          David A. Ast    on behalf of Debtor    ACB Receivables Management, Inc. david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Douglas A. Goldstein    on behalf of Creditor    Central Jersey Emergency Medicine Associates, P.C. dgoldstein@selawfirm.com, bspector@selawfirm.com
          Francesca Ann Arcure    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee on behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2007- CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Francis P. Maneri    on behalf of Defendant    PNC Bank, N.A. fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com
          Francis P. Maneri    on behalf of Creditor    PNC Bank, National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com
          Ira Deiches    on behalf of Mediator Ira Deiches ideiches@deicheslaw.com
          J. Nicole Knox    on behalf of Interested Party Abraham Edwards jnk@spsk.com
          James A. Kellar    on behalf of Defendant    Capital One Bank jkellar@mccarter.com
          James Patrick Shay    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY jpshay@mdwcg.com, jpshay@gmail.com
          James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK ET.AL. jpshay@mdwcg.com, jpshay@gmail.com
          James Patrick Shay    on behalf of Creditor    U.S BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT jpshay@mdwcg.com, jpshay@gmail.com
          Javier Lopez    on behalf of Defendant    TD Bank, N.A. jlopez@meyner.com
          Javier Lopez    on behalf of Creditor    TD Bank jlopez@meyner.com
          Javier Lopez    on behalf of Counter-Claimant    TD Bank, N.A. jlopez@meyner.com
          Javier Lopez    on behalf of Creditor    TD Bank, N.A. jlopez@meyner.com
          Joann Sternheimer    on behalf of Defendant    BMW Financial Services NA, LLC jsternheimer@deilylawfirm.com, bcooper@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
          John R. Morton, Jr.    on behalf of Defendant Ally Financial, Inc. Ally Detroit Center ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Karen Wachs    on behalf of Attorney    Professional Assistance Program ksw@beinlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    ACB Receivables Management, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER NJ_ECF_Notices@mccalla.com
          Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company NJ_ECF_Notices@mccalla.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Michael Jonathan Smikun    on behalf of Creditor    Center for Ambulatory Surgery, LLC msmikun@callagylaw.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR RAMP 2003-RS10 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com
          Robert Davidow    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY nj.bkecf@fedphe.com
          Robert L. Schmidt    on behalf of Debtor    ACB Receivables Management, Inc. robert@astschmidtlaw.com, info@astschmidtlaw.com;david@astschmidtlaw.com
          Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    SELENE FINANCE, LP, AS SERVICER FOR DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: May 01, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Sherri Jennifer Smith    on behalf of Creditor    SUNTRUST BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

          Sherri Jennifer Smith    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

          Steven D. Janel    on behalf of Creditor    Steven D. Janel, Esquire attorneyjanel@comcast.net

          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

          Warren S. Jones, Jr.    on behalf of Defendant    Ferrari Financial Services, Inc. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

          TOTAL: 64