UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

822981
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

**Order Filed on May 1, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    ACB RECEIVABLES MANAGEMENT, INC.

    Debtor

Case No.: 16-27343 - CMG

Hearing Date: 04/30/2019 @ 10:00 AM

Judge: CHRISTINE M. GRAVELLE

Chapter: 7

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY PURSUANT TO §362(d), NUNC PRO TUNC, TO VALIDATE FORECLOSURE PROCEEDINGS

_____    The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 1, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of WELLS FARGO BANK, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings, and all actions taken since that time, to permit the movant to continue with its State Court Rights in the following:

☒ Real Property more fully described as:

4 DINA PLACE, JACKSON, NJ 08527

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 16-27343-CMG
ACB Receivables Management, Inc.                            Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 3            Date Rcvd: May 01, 2019
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             #+ACB Receivables Management, Inc.,   19 Main Street,   Asbury Park, NJ 07712-7012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Alan I. Moldoff   on behalf of Defendant   The Bancorp Bank amoldoff@eckertseamans.com
              Alan I. Moldoff   on behalf of Creditor   The Bancorp Bank amoldoff@eckertseamans.com
              Alekandra Kaplun   on behalf of Defendant   Bank of America, N.A. akaplun@mcguirewoods.com
              Allen I Gorski   on behalf of Creditor   Center for Ambulatory Surgery, LLC
               agorski@gorskiknowlton.com
              Allen I Gorski   on behalf of Mediator Allen I. Gorski, Esq. agorski@gorskiknowlton.com
              Allen I Gorski   on behalf of Mediator Allen I. Gorski agorski@gorskiknowlton.com
              Andrew L. Spivack   on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
               AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORAT nj.bkecf@fedphe.com
              Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for
               Deutsche Bank National Trust Company bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Ann F. Kiernan   on behalf of Creditor   Mid Jersey Endodontic Group ann@kiernanlaw.net
              Anthony Sodono, III   on behalf of Mediator Anthony Sodono asodono@msbnj.com
              Benjamin W. Spang   on behalf of Counter-Claimant   PNC Bank, N.A. bspang@dilworthlaw.com
              Charles G. Wohlrab   on behalf of Creditor   U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Daniel E Straffi   on behalf of Plaintiff   Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi   on behalf of Defendant   PNC Bank, N.A. bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi   on behalf of Counter-Defendant   Daniel E. Straffi, Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi   on behalf of Plaintiff   Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi   bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi   on behalf of Plaintiff   Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: May 01, 2019
                             Form ID: pdf903           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel E. Straffi   on behalf of Plaintiff   Daniel E. Straffi, Chapter 7 Trustee
           bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi   on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          David A. Ast   on behalf of Debtor   ACB Receivables Management, Inc. david@astschmidtlaw.com,
           info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Douglas A. Goldstein   on behalf of Creditor   Central Jersey Emergency Medicine Associates, P.C.
           dgoldstein@selawfirm.com,   bspector@selawfirm.com
          Francesca Ann Arcure   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
           on behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2007- CH1 Asset Backed
           Pass-Through Certificates, Series 2007-CH1 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Francis P. Maneri   on behalf of Defendant   PNC Bank, N.A. fmaneri@dilworthlaw.com,
           smurphy@dilworthlaw.com
          Francis P. Maneri   on behalf of Creditor   PNC Bank, National Association
           fmaneri@dilworthlaw.com,   smurphy@dilworthlaw.com
          Ira  Deiches   on behalf of Mediator Ira  Deiches ideiches@deicheslaw.com
          J. Nicole Knox   on behalf of Interested Party Abraham  Edwards jnk@spsk.com
          James A. Kellar   on behalf of Defendant   Capital One Bank jkellar@mccarter.com
          James Patrick Shay   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY jpshay@mdwcg.com,  jpshay@gmail.com
          James Patrick Shay   on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
           ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK
           ET.AL. jpshay@mdwcg.com,  jpshay@gmail.com
          James Patrick Shay   on behalf of Creditor   U.S BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT jpshay@mdwcg.com,
           jpshay@gmail.com
          Javier  Lopez   on behalf of Defendant   TD Bank, N.A. jlopez@meyner.com
          Javier  Lopez   on behalf of Creditor   TD Bank jlopez@meyner.com
          Javier  Lopez   on behalf of Counter-Claimant   TD Bank, N.A. jlopez@meyner.com
          Javier  Lopez   on behalf of Creditor   TD Bank, N.A. jlopez@meyner.com
          Joann Sternheimer   on behalf of Defendant   BMW Financial Services NA, LLC
           jsternheimer@deilylawfirm.com,  bcooper@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
          John R. Morton, Jr.   on behalf of Defendant Ally Financial, Inc.  Ally Detroit Center
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Karen  Wachs   on behalf of Attorney   Professional Assistance Program ksw@beinlaw.com
          Kevin Gordon McDonald   on behalf of Creditor   ACB Receivables Management, Inc.
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman   on behalf of Creditor   Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Melissa N. Licker   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           NJ_ECF_Notices@mccalla.com
          Melissa N. Licker   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent
           for Deutsche Bank National Trust Company NJ_ECF_Notices@mccalla.com
          Melissa N. Licker   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           NJ_ECF_Notices@mccalla.com
          Michael Frederick Dingerdissen   on behalf of Creditor   WELLS FARGO BANK, N.A.
           nj.bkecf@fedphe.com
          Michael Jonathan Smikun   on behalf of Creditor   Center for Ambulatory Surgery, LLC
           msmikun@callaglaw.com
          Nicholas V. Rogers   on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
           ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
           N.A. AS TRUSTEE FOR RAMP 2003-RS10 nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   THE BANK OF NEW YORK AS TRUSTEE FOR THE
           CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           FREMONT HOME LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com
          Robert  Davidow   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
           nj.bkecf@fedphe.com
          Robert L. Schmidt   on behalf of Debtor   ACB Receivables Management, Inc.
           robert@astschmidtlaw.com,  info@astschmidtlaw.com;david@astschmidtlaw.com
          Scott J. Freedman   on behalf of Creditor   PNC Bank, National Association
           sfreedman@dilworthlaw.com
          Sherri Jennifer Smith   on behalf of Creditor   THE BANK OF NEW YORK AS TRUSTEE FOR THE
           CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Sherri Jennifer Smith   on behalf of Creditor   SELENE FINANCE, LP, AS SERVICER FOR DLJ MORTGAGE
           CAPITAL, INC nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          Sherri Jennifer Smith   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE
           FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3
           nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          Sherri Jennifer Smith   on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com

District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: May 01, 2019
                             Form ID: pdf903           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sherri Jennifer Smith    on behalf of Creditor    SUNTRUST BANK nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE
           BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST
           COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Steven D. Janel    on behalf of Creditor    Steven D. Janel, Esquire attorneyjanel@comcast.net
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren S. Jones, Jr.    on behalf of Defendant    Ferrari Financial Services, Inc.
           email@warrensjones.com,  r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                    TOTAL: 64