|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>822932<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR STRUCTURED ASSET<br>SECURITIES CORPORATION MORTGAGE LOAN<br>TRUST 2006-RF4 |

Order Filed on May 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>    ACB RECEIVABLES MANAGEMENT, INC.<br><br>    Debtor |
|---|

Case No.: 16-27343 - CMG

Hearing Date: 05/07/2019

Judge: CHRISTINE M. GRAVELLE

Chapter: 7

Recommended Local Form:  ☐ Followed  ☒ Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY PURSUANT TO §362(d),
NUNC PRO TUNC, TO VALIDATE FORECLOSURE PROCEEDINGS**

___    The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 9, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4, under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings as of December 4, 2018 as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings as of December 4, 2018, and all actions taken since that time, to permit the movant to continue with its State Court Rights in the following:

☒ Real Property more fully described as:

> 1011 WEST 7TH STREET, PLAINFIELD, NJ 07063 N/K/A 1011 - 15 W 7TH STREET, PLAINFIELD, NJ 07063-1505

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-27343-CMG
ACB Receivables Management, Inc.                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 3           Date Rcvd: May 09, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db          #+ACB Receivables Management, Inc.,    19 Main Street,    Asbury Park, NJ 07712-7012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Alan I. Moldoff    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
              Alan I. Moldoff    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
              Alekandra Kaplun    on behalf of Defendant    Bank of America, N.A. akaplun@mcguirewoods.com
              Allen I Gorski    on behalf of Creditor    Center for Ambulatory Surgery, LLC
               agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski, Esq. agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski agorski@gorskiknowlton.com
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
               AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORAT nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               Deutsche Bank National Trust Company bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Ann F. Kiernan    on behalf of Creditor    Mid Jersey Endodontic Group ann@kiernanlaw.net
              Anthony Sodono, III    on behalf of Mediator Anthony Sodono asodono@msbnj.com
              Benjamin W. Spang    on behalf of Counter-Claimant    PNC Bank, N.A. bspang@dilworthlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Daniel E Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Defendant    PNC Bank, N.A. bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Counter-Defendant    Daniel E. Straffi, Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Plaintiff    Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

Case 16-27343-CMG    Doc 321    Filed 05/11/19    Entered 05/12/19 00:40:46    Desc
Imaged Certificate of Notice    Page 4 of 5

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: May 09, 2019
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel E. Straffi   on behalf of Plaintiff   Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi   on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              David A. Ast   on behalf of Debtor   ACB Receivables Management, Inc. david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Douglas A. Goldstein   on behalf of Creditor   Central Jersey Emergency Medicine Associates, P.C.
               dgoldstein@selawfirm.com,   bspector@selawfirm.com
              Francesca Ann Arcure   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
               on behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2007- CH1 Asset Backed
               Pass-Through Certificates, Series 2007-CH1 NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Francis P. Maneri   on behalf of Defendant   PNC Bank, N.A. fmaneri@dilworthlaw.com,
               smurphy@dilworthlaw.com
              Francis P. Maneri   on behalf of Creditor   PNC Bank, National Association
               fmaneri@dilworthlaw.com,   smurphy@dilworthlaw.com
              Ira Deiches   on behalf of Mediator Ira Deiches ideiches@deicheslaw.com
              J. Nicole Knox   on behalf of Interested Party Abraham Edwards jnk@spsk.com
              James A. Kellar   on behalf of Defendant   Capital One Bank jkellar@mccarter.com
              James Patrick Shay   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY jpshay@mdwcg.com,   jpshay@gmail.com
              James Patrick Shay   on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK
               ET.AL. jpshay@mdwcg.com,   jpshay@gmail.com
              James Patrick Shay   on behalf of Creditor   U.S BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT jpshay@mdwcg.com,
               jpshay@gmail.com
              Javier Lopez   on behalf of Defendant   TD Bank, N.A. jlopez@meyner.com
              Javier Lopez   on behalf of Creditor   TD Bank jlopez@meyner.com
              Javier Lopez   on behalf of Counter-Claimant   TD Bank, N.A. jlopez@meyner.com
              Javier Lopez   on behalf of Creditor   TD Bank, N.A. jlopez@meyner.com
              Joann Sternheimer   on behalf of Defendant   BMW Financial Services NA, LLC
               jsternheimer@deilylawfirm.com,   bcooper@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
              John R. Morton, Jr.   on behalf of Defendant Ally Financial, Inc. Ally Detroit Center
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Karen Wachs   on behalf of Attorney   Professional Assistance Program ksw@beinlaw.com
              Kevin Gordon McDonald   on behalf of Creditor   ACB Receivables Management, Inc.
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman   on behalf of Creditor   Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa N. Licker   on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent
               for Deutsche Bank National Trust Company NJ_ECF_Notices@mccalla.com
              Melissa N. Licker   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Michael Frederick Dingerdissen   on behalf of Creditor   WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Michael Jonathan Smikun   on behalf of Creditor   Center for Ambulatory Surgery, LLC
               msmikun@callagylaw.com
              Nicholas V. Rogers   on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
               N.A. AS TRUSTEE FOR RAMP 2003-RS10 nj.bkecf@fedphe.com
              Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Nicholas V. Rogers   on behalf of Creditor   THE BANK OF NEW YORK AS TRUSTEE FOR THE
               CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com
              Nicholas V. Rogers   on behalf of Creditor   DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com
              Nicholas V. Rogers   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com
              Nicholas V. Rogers   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               FREMONT HOME LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com
              Robert Davidow   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
               nj.bkecf@fedphe.com
              Robert L. Schmidt   on behalf of Debtor   ACB Receivables Management, Inc.
               robert@astschmidtlaw.com,   info@astschmidtlaw.com;david@astschmidtlaw.com
              Scott J. Freedman   on behalf of Creditor   PNC Bank, National Association
               sfreedman@dilworthlaw.com
              Sherri Jennifer Smith   on behalf of Creditor   THE BANK OF NEW YORK AS TRUSTEE FOR THE
               CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sherri Jennifer Smith   on behalf of Creditor   SELENE FINANCE, LP, AS SERVICER FOR DLJ MORTGAGE
               CAPITAL, INC nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              Sherri Jennifer Smith   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE
               FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3
               nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              Sherri Jennifer Smith   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
```

```
District/off: 0312-3          User: admin                Page 3 of 3                 Date Rcvd: May 09, 2019
                              Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Sherri Jennifer Smith   on behalf of Creditor   SUNTRUST BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

          Sherri Jennifer Smith   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

          Sherri Jennifer Smith   on behalf of Creditor   OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

          Steven D. Janel   on behalf of Creditor   Steven D. Janel, Esquire attorneyjanel@comcast.net

          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov

          Warren S. Jones, Jr.   on behalf of Defendant   Ferrari Financial Services, Inc. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

                                                                                                                                          TOTAL: 64