UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
RoundPoint Mortgage Servicing Corp.

In Re:
    ACB Receivables Management, Inc.

Order Filed on June 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:     16-27343 CMG

Hearing Date: June 18, 2019

Judge: Christine M. Gravelle

# ORDER VACATING STAY NUNC PRO TUNC

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of RoundPoint Mortgage Servicing Corp., under Bankruptcy Code section 362(a) for relief from the automatic stay nunc pro tunc as to certain property as hereinafter set forth, and for cause shown,

It is **ORDERED** that the automatic stay is annulled effective **September 9, 2016** to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- Real Property More Fully Described as:

    **Land and premises commonly known as Lot 6, Block 609.03, 78 James Street, Toms River NJ 08753**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.