UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
RoundPoint Mortgage Servicing Corp.

In Re:
ACB Receivables Management, Inc.

**Order Filed on June 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:   16-27343 CMG

Hearing Date: June 18, 2019

Judge:  Christine M. Gravelle

# ORDER VACATING STAY NUNC PRO TUNC

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of <u>RoundPoint Mortgage Servicing Corp.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay nunc pro tunc as to certain property as hereinafter set forth, and for cause shown,

It is **ORDERED** that the automatic stay is annulled effective **September 9, 2016** to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

   **Land and premises commonly known as Lot 6, Block 609.03, 78 James Street, Toms River NJ 08753**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-27343-CMG
ACB Receivables Management, Inc.                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 3         Date Rcvd: Jun 19, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db          #+ACB Receivables Management, Inc.,   19 Main Street,   Asbury Park, NJ 07712-7012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              Alan I. Moldoff    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
              Alan I. Moldoff    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
              Alekandra Kaplun    on behalf of Defendant    Bank of America, N.A. akaplun@mcguirewoods.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Creditor    Center for Ambulatory Surgery, LLC
               agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski, Esq. agorski@gorskiknowlton.com
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
               AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORAT nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               Deutsche Bank National Trust Company bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Ann F. Kiernan    on behalf of Creditor    Mid Jersey Endodontic Group ann@kiernanlaw.net
              Anthony Sodono, III    on behalf of Mediator Anthony Sodono asodono@msbnj.com
              Benjamin W. Spang    on behalf of Counter-Claimant    PNC Bank, N.A. bspang@dilworthlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Daniel E Straffi    on behalf of Plaintiff    Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Counter-Defendant    Daniel E. Straffi, Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Defendant    PNC Bank, N.A. bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Plaintiff    Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Jun 19, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          David A. Ast    on behalf of Debtor    ACB Receivables Management, Inc. david@astschmidtlaw.com,
           info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corp
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Douglas A. Goldstein    on behalf of Creditor    Central Jersey Emergency Medicine Associates, P.C.
           dgoldstein@selawfirm.com, bspector@selawfirm.com
          Francesca Ann Arcure    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           on behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2007- CH1 Asset Backed
           Pass-Through Certificates, Series 2007-CH1 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Francis P. Maneri    on behalf of Defendant    PNC Bank, N.A. fmaneri@dilworthlaw.com,
           smurphy@dilworthlaw.com
          Francis P. Maneri    on behalf of Creditor    PNC Bank, National Association
           fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com
          Ira Deiches    on behalf of Mediator Ira Deiches ideiches@deicheslaw.com
          J. Nicole Knox    on behalf of Interested Party Abraham Edwards jnk@spsk.com
          James A. Kellar    on behalf of Defendant    Capital One Bank jkellar@mccarter.com
          James Patrick Shay    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY jpshay@mdwcg.com, jpshay@gmail.com
          James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
           ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK
           ET.AL. jpshay@mdwcg.com, jpshay@gmail.com
          James Patrick Shay    on behalf of Creditor    U.S BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT jpshay@mdwcg.com,
           jpshay@gmail.com
          Javier Lopez    on behalf of Creditor    TD Bank jlopez@meyner.com
          Javier Lopez    on behalf of Counter-Claimant    TD Bank, N.A. jlopez@meyner.com
          Javier Lopez    on behalf of Creditor    TD Bank, N.A. jlopez@meyner.com
          Javier Lopez    on behalf of Defendant    TD Bank, N.A. jlopez@meyner.com
          Joann Sternheimer    on behalf of Defendant    BMW Financial Services NA, LLC
           jsternheimer@deilylawfirm.com, bcooper@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
          John R. Morton, Jr.    on behalf of Defendant Ally Financial, Inc.  Ally Detroit Center
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Karen Wachs    on behalf of Attorney    Professional Assistance Program ksw@beinlaw.com
          Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent
           for Deutsche Bank National Trust Company NJ_ECF_Notices@mccalla.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           NJ_ECF_Notices@mccalla.com
          Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           NJ_ECF_Notices@mccalla.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
           nj.bkecf@fedphe.com
          Michael Jonathan Smikun    on behalf of Creditor    Center for Ambulatory Surgery, LLC
           msmikun@callagylaw.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK AS TRUSTEE FOR THE
           CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           FREMONT HOME LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
           ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
           N.A. AS TRUSTEE FOR RAMP 2003-RS10 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Robert Davidow    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
           nj.bkecf@fedphe.com
          Robert L. Schmidt    on behalf of Debtor    ACB Receivables Management, Inc.
           robert@astschmidtlaw.com, info@astschmidtlaw.com;david@astschmidtlaw.com
          Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association
           sfreedman@dilworthlaw.com
          Sherri Jennifer Smith    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
           COMPANY nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE
           BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST
           COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Jun 19, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Sherri Jennifer Smith    on behalf of Creditor    SELENE FINANCE, LP, AS SERVICER FOR DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Sherri Jennifer Smith    on behalf of Creditor    SUNTRUST BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Steven D. Janel    on behalf of Creditor    Steven D. Janel, Esquire attorneyjanel@comcast.net

        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

        Warren S. Jones, Jr.    on behalf of Defendant    Ferrari Financial Services, Inc. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

        TOTAL: 66