Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−27343−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    ACB Receivables Management, Inc.
    19 Main Street
    Asbury Park, NJ 07712

Social Security No.:

Employer's Tax I.D. No.:
    21−0625298

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:    8/6/19
Time:    02:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bederson, LLP, Accountant

COMMISSION OR FEES
Fee $70,053.50

EXPENSES
$1,967.91

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 26, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-27343-CMG
ACB Receivables Management, Inc.                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 9              Date Rcvd: Jun 26, 2019
                              Form ID: 137             Total Noticed: 329

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
```
db              #+ACB Receivables Management, Inc.,    19 Main Street,    Asbury Park, NJ 07712-7012
sp               +BA Chase Attorney at Law, LLC,    450 Springfield Avenue,    Suite 203,    P.O. Box 871,
                    Summit, NJ 07902-0871
cr               +BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI,     Phelan Hallinan & Schmieg, PC,
                    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
acc              +Bederson, LLP,   347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
cr               +Center for Ambulatory Surgery, LLC,    C/O Callagy Law,    650 From Road, Suite 565,
                    Paramus, NJ  07652,   UNITED STATE OF AMERICA 07652-3554
cr               +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Phelan Hallinan & Schmieg, PC,
                    1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr               +DLJ MORTGAGE CAPITAL, INC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                    Philadelphia, PA 19103-1814
cr                Deutsche Bank National Trust Company, as Trustee o,    P. O. Box 9013,    Addison, TX 75001-9013
cr               +Manville Dental Group, LLC,    7 Washington Ave.,    Manville, NJ 08835-1984
cr               +NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO,    Phelan Hallinan & Schmieg, PC,
                    1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr               +OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BAN,     Phelan Hallinan & Schmieg, PC,
                    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr               +Reverse Mortgage Solutions, Inc.,    Robertson, Anschutz & Schneid, P.L.,
                    6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
cr               +SELENE FINANCE, LP, AS SERVICER FOR DLJ MORTGAGE C,    Phelan Hallinan & Schmieg, PC,
                    1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr               +SUNTRUST BANK,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                    Philadelphia, PA 19103-1814
cr               +Steven D. Janel, Esquire,    Circle West Office Park,    Suite #14,
                    1 Washington Crossing - Pennington Road,    Pennington, NJ 08534-3506
cr               +THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICAT,    Phelan Hallinan & Schmieg, PC,
                    1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr               +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,     Phelan Hallinan & Schmieg, PC,
                    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr               +U.S BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER P,    Phelan Hallinan & Schmieg, PC,
                    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr               +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR,     Phelan Hallinan & Schmieg, PC,
                    1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr               +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                    Mt. Laurel, NJ 08054-3437
cr               +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                    Philadelphia, PA 19103-1814
cr               +WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE,     Phelan Hallinan &Schmieg, PC,
                    1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
516384034        +ABC PEDIATRIC ASSOCIATES,    C/O CLASSICAL MEDICAL BILLING,    31 PITNEY LN,
                    JACKSON, NJ 08527-2933
516384035        +ABIR MARCUS MD LLC,    321 BROAD ST,    RED BANK, NJ 07701-2101
516384036        +ACCREDITED DERMATOLOGY,    PO BOX 5191,    TOMS RIVER, NJ 08754-5191
516384037        +ACCUMED DIAGNOSTIC LAB,    540 BORDENTOWN AVE,    SUITE 4,    SOUTH AMBOY, NJ 08879-1546
516384038        +ADVANCED CARDIOLOGY LLC,    65 RIDGEDALE AVE,    CEDAR KNOLLS, NJ 07927-1313
516384039        +ADVANCED ENDOSCOPY & SURGICAL,    142 ROUTE 35,    SUITE 101,    EATONTOWN, NJ 07724-1864
516384040        +AHMADI DAVID F MD,    222 EASTON AVE,    NEW BRUNSWICK, NJ 08901-1750
516384041        +AINSWORTH COUNSELING SVC LLC,    1313 LARCHMONT ST,    TOMS RIVER, NJ 08757-1825
516384042        +ALERGY + ASTHMA ASSOCS OF NO JERSEY PA,    1160 PARSIPPANY BLVD,    STE 200,
                    PARSIPPANY, NJ 07054-1811
516384043        +ALLERGY AND PULMONARY ASSOC PA,    1542 KUSER RD STE B7,    CENTER CITY OFFICE PARK,
                    TRENTON, NJ 08619-3829
516384044        +ALLIED DIAGNOSTIC PATHOLOGY CONSLTS PA,    701 N CLAYTON ST,    WILMINGTON, DE 19805-3165
516384045        +ALPHA BEHAVIORAL CARE,    33 OVERLOOK RD,    SUITE 210,    SUMMIT, NJ 07901-3562
516384046        +ALTERNATIVE INTEGRATED MEDICAL SERVICES,,    150-A TICES LN,    E BRUNSWICK, NJ 08816-2015
516384048        +AMBULATORY PAIN MANAGEMENT,    PO BOX 1097,    MOUNTAINSIDE, NJ 07092-0097
516384049        +AMERICAN EXPRESS,    PO Box 981537,    El Paso, TX 79998-1537
516384050         AMERICAN HEART CENTER, P.C.,    1900 CORLIES AVENUE,    2ND FLOOR,    NEPTUNE, NJ 07753
516384051        +AMERIFLEX,    PO BOX 871655,    KANSAS CITY, MO 64187-1655
516384052         ANDREACOLA, LYNN M DMD,    9001 E LINCOLN DR,    GREENTREE COMMONS,    WEST MARLTON, NJ 08053
516384053        +ANGOWSKI RICHARD J DMD,    1268 BOXELDER DR,    TOMS RIVER, NJ 08753-3322
516384054        +ANNUZIATO,    Attn: ALAN J. SASSON, PC,    1669 E. 12TH ST., 2ND FL.,    BROOKLYN, NY 11229-1011
516384055        +ARBOR DENTAL PC,    6650 BROWNING RD STE U15,    BROWNING RD MEDICAL CTR,
                    PENNSAUKEN, NJ 08109-1479
516384057        +ARNOLD KOKANS,    15 LANDING WAY,    BRONX, NY 10464-1546
516384058        +ARONSON, FRANKLYN,    100 FEDERAL CITY RD,    LAWRENCEVILLE, NJ 08648-1664
516384059        +ASHKENAZI,    ATTN: MARCUS ZELMAN, LLC,    1500 ALLAIRE AVE., STE. 101,    OCEAN, NJ 07712-7603
516384060        +ASSOCIATED NEUROLOGISTS OF NJ,    1245 WHITEHORSE MECERVILL RD,    SUITE 145,
                    HAMILTON, NJ 08619-3831
516384061        +ASSOCIATES IN GASTROENTEROLOGY PC,    368 LAKEHURST RD,    SUITE 205,    TOMS RIVER, NJ 08755-7339
516384062        +ATLANTIC COAST GASTRO ASSOC,    1640 ROUTE 88 W,    SUITE 202,    BRICK, NJ 08724-3068
516384063        +ATLANTIC PEDIATRIC DENTISTRY,    200 WHITE RD,    STE 113,    LITTLE SILVER, NJ 07739-1160
516578602         American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
```

```
District/off: 0312-3          User: admin              Page 2 of 9                Date Rcvd: Jun 26, 2019
                              Form ID: 137             Total Noticed: 329


516384064     +BAGLEY JACOB M DDS,    508 FRONT ST,    ELMER, NJ 08318-2178
516384065     +BAGNER RONALD MD,    WILLIAMSBURG COMMONS,    8-B AUER CT,    E BRUNSWICK, NJ 08816-5846
516384066     +BARABAS PAUL DDS,    88 W RIDGEWOOD AVE,    RIDGEWOOD, NJ 07450-3141
516384067     +BARANETSKY NICHOLAS G MD,    P O BOX 298,    LIVINGSTON, NJ 07039-0298
516384068     +BARNEGAT FAMILY CHIROPRACTIC CENTER,    890 WEST BAY AVE,    STE E,    BARNEGAT, NJ 08005-2150
516384069     +BEACHWOOD LOW BACK REHAB,    137 ATLANTIC CITY BLVD,    BEACHWOOD, NJ 08722-2935
516384070     +BECKETT FAMILY PRACTICE,    95 WOODSTOWN RD,    SUITE B,    SWEDSBORO, NJ 08085-1794
516384071     +BEY LEA AMBULATORY SURGICAL CENTER,    54 BEY LEA RD., BLDG. 2,    Toms River, NJ 08753-2978
516384073     +BRAHMBHATT SAPNA DR,    55 SCHANK RD,    SUITE A-4,    FREEHOLD, NJ 07728-2963
516384075     +BROMBERG DAVID MD,    292 HURFVILLE GRENLOCH R,    SUITE 100,    SEWELL, NJ 08080-2656
516384076     +BYK, CHERYL A LCSW,    500 US HWY 9,    BLDG 2,    LANOKA HARBOR, NJ 08734-2228
516384077     +CAI, SHI CA,   1767 MORRIS AVENUE,    SUITE #105,    UNION, NJ 07083-3511
516384079     +CARDIOVSCULAR INTERPRETATIONS OF NJ INC,     C/O HILLCREST MSO,    10 BRASS CASTLE RD,
                WASHINTON, NJ 07882-6309
516384080     +CENTER FOR AMBULATORY SURGERY,    1450 RTE 22 WEST,    MOUNTAINSIDE, NJ 07092-2619
516384081     +CENTRAL JERSEY EMERGENCY,    ATTN: SPECTOR & EHRENWORTH, PC,    30 COLUMBIA TPK.,
                Florham Park, NJ 07932-2253
516384082     +CENTRAL JERSEY EMERGENCY ASSOCS,    PO BOX 7200,    FREEHOLD, NJ 07728-7200
516384083     +CENTRAL JERSEY EMERGENCY MEDICAL ASSOCS,     901 W MAIN ST,    FREEHOLD, NJ 07728-2537
516384084     +CENTRAL JERSEY ORTHO SPECIALISTS PA,    1907 PARK AVE,    STE 102,
                SOUTH PLAINFIELD, NJ 07080-5530
516384085     +CENTRAL JERSEY OTOLARYNGOL LLC,    1131 BRAOD ST,    SHREWSBURY, NJ 07702-4373
516384086     +CENTRAL JERSEY OTOLARYNGOLOGY,    1131 BRAOD ST,    SHREWSBURY, NJ 07702-4373
516384087     +CENTRAL PENNSYLVANIA RADIATION ONCOLOGY,     C/O MCKESSON CORP,    PO BOX 11268,
                LANCASTER, PA 17605-1268
516384088     +CERBONE JOSEPH E MD,    1030 ST GEORGES AVE,    AVENEL, NJ 07001-1330
516384089     +CJ SPECIALITY SURGICAL ASSOCIATES,    10 INDUSTRIAL WAY E,    SUITE 104,
                EATONTOWN, NJ 07724-3333
516384092     +COMPREHNESIVE CARE MED ASSOC,    1609 WOODBOURNE RD,    SUITE 2023,    LEVITTOWN, PA 19057-1500
516384093     +CONSULTANTS IN UROLOGY PA,    570 SOUTH AVE EAST,    BLDG A,    CRANFORD, NJ 07016-3266
516384094     +COOPERATIVE COMMUNICATIONS,    412-420 WASHNGTON AVE,    PO BOX 903,    BELLEVILLE, NJ 07109-0903
516384095     +COX, PHYLLIS LCSW,    84 JENNINGS RD,    PO BOX 744,    MANAHAWKIN, NJ 08050-0744
516384096     +CREDIT SYSTEMS INC,    1485 GARDEN OF THE GODS RD,    SUITE 120,
                COLORADO SPRINGS, CO 80907-3305
516384097     +CTR FOR ADVANCED REPROD MED+FERTILITY PC,     4 ETHEL RD,    STE 405A,    EDISON, NJ 08817-2841
516384078     +Callagy Law, PC,    Mack-Cali Centre II,    650 From Rd., Ste. 565,    Paramus, NJ 07652-3554
516652096     +Center for Ambulatory Surgery, LLC,    c/o Christopher R. Miller, Esquire,
                650 From Road; Suite 565,    Paramus, NJ 07652-3554
516657115     +Central Jersey Emergency Medicine Associates, P.C.,     c/o Spector & Ehrenworth, P.C.,
                30 Columbia Turnpike, Suite 202,    Florham Park, NJ 07932-2253
516384100     +DANIELS, RICHARD MD,    PO BOX 5220,    TOMS RIVER, NJ 08754-5220
516384101    #+DAVID J DUPREE M.D PC,    766 SHREWSBURY AVENUE,    SUITE 405,    TINTON FALLS, NJ 07724-3001
516384102     +DAVIDSON LAWRENCE M MD,    825 BLOOMFIELD AVE,    VERONA, NJ 07044-1300
516384103     +DE BLASIO JOSEPH MD PC,    2275 RT 33    SUITE 301,    HAMILTON MEDICAL GRP PC,
                HAMILTON SQUARE, NJ 08690-1748
516384104     +DE JACKMO FRANK DMD,    128 FRANKLIN AVE,    NUTLEY, NJ 07110-2925
516384105    #+DELTA ROSA AURORA MD,    1245 WHITEHRS-MERCERVL RD,    HAMILTON, NJ 08619-3831
516384106     +DI CHIARA, F P DO PA,    2446 CHURCH RD,    SUITE 1-D,    TOMS RIVER, NJ 08753-8182
516384107     +DLL FINANCIAL,    PO BOX 41602,    PHILADELPHIA, PA 19101-1602
516384108     +DOVER PULMONARY ASSOC.,    508 LAKEHURST RD., STE. 1A,    TOMS RIVER, NJ 08755-8000
516384109     +DUGGAL, PRIYA DMD,    290 MADISON AVE,    MORRISTOWN, NJ 07960-7401
516460900     +Desiree A. Benjamin,    30 Ellis Ct.,    Morganville, NJ 07751-2652
516384110     +E-OSCAR,   DEPT 224501,    PO BOX 55000,    DETROIT, MI 48255-0001
516384111     +EAR NOS AND THROAT OF NEW JERSEY,    500 LAKEHURST RD,    TOMS RIVER, NJ 08755-8064
516384112     +EHRLICH, I B OD,    329 HWY 202/206,    BRIDGEWATER, NJ 08807-2442
516384113     +ELFARRA, HOSSAM MD PA,    7 SKYVIEW RD,    WAYNE, NJ 07470-6284
516384115     +ELIZABETH FOOT AND ANKLE ASSOCIATYES,    240 WILLIAMSON ST,    SUITE 200,
                ELIZABETH, NJ 07202-3671
516384117     +ENDOSCOPY CENTER OF TOMS RIVER,    473 LAKEHURST RD,    TOMS RIVER, NJ 08755-6342
516384118    #+EQUIFAX,   PO BOX 105835,    ATLANTA, GA 30348-5835
516384119     +EXPERIAN,   PO BOX 881971,    LOS ANGELES, CA 90088-1971
516384120     +EXPERT TECHNOLOGY,    400 DAVIS DRIVE,    SUITE 100,    PLYMOUTH MEETING, PA 19462-1718
516384116     +Endoscopy Center of Ocean County,    477 LAKEHURST RD,    TOMS RIVER, NJ 08755-6342
516384122     +FEDEX REVENUE REC DEPT,    PO BOX 371461,    Pittsburgh, PA 15250-7461
516384123     +FEINER, LAUREL A MD,    40 BEY LEA RD,    STE B103,    TOMS RIVER, NJ 08753-2900
516384124    #+FHLD AREA RADIOLOGY,    ATTN JOY RYAN,    1001 W MAIN ST,    FREEHOLD, NJ 07728-2579
516384125     +FICO-CRS SYSTEM,    4035 RIDGE TOP RD., STE. 600,    Fairfax, VA 22030-7424
516384126     +FINKELSTEIN, NORMAN MD PA,    31 RIVER ROAD,    HIGHLAND PARK, NJ 08904-1731
516384128     +FRANK JALALI AND PARK ASSOC,    310 EGG HARBOR RD,    SEWELL, NJ 08080-1854
516384129     +FRANKLYN J. ARONSON, ESQ.,    100 FEDERAL CITY RD., STE. C-104,
                LAWRENCE TOWNSHIP, NJ 08648-1664
516384131    #+FREEHOLD MRI ASSOCS,    1001 W MAIN ST,    FREEHOLD, NJ 07728-2579
516384130    #+FREEHOLD MRI ASSOCS,    ATTN JOY RYAN,    1001 W MAIN ST,    FREEHOLD, NJ 07728-2579
516384132     +FREEHOLD PEST CONTROL,    919 HIGHWAY 33,    UNIT 23,    FREEHOLD, NJ 07728-8468
516384133     +FREEHOLD PSYCHIATRIC ASSOCS 7,    PO BOX 1247,    TOMS RIVER, NJ 08754-1247
516384134    #+FREEHOLD RADIOLOGY GRP,    ATTN JOY RYAN,    1001 W MAIN ST,    FREEHOLD, NJ 07728-2579
516384135     +FRIED,   ATTN: LAW OFFICES OF ALAN J. SASSON, PC,    1669 EAST 12TH ST., 2ND FL.,
                BROOKLYN, NY 11229-1011
516384136     +GASTROENTEROLOGISTS OF OCEAN CTY PA,    477 LAKEHURST RD,    TOMS RIVER, NJ 08755-6342
516384137     +GASTROENTEROLOGY CONSULTANTS OF TOMS RVR,     9 MULE RD,    SUITE E15,    TOMS RIVER, NJ 08755-5053
```

```
District/off: 0312-3          User: admin                 Page 3 of 9           Date Rcvd: Jun 26, 2019
                              Form ID: 137                Total Noticed: 329


516384139      +GENESIS LABORATORY MNGMT LLC,    142 ROUTE 35,    SUITE 208,    EATONTOWN, NJ 07724-1882
516384140      +GLICKMAN, ALEXANDER B MD,    1081 PAULSON AVE,    CLIFTON, NJ 07011-3658
516384141      +GRASSO DANIEL J DMD,    200 JACK MARTIN BLVD,    BRICK, NJ 08724-7769
516384142       GRILL LAWRENCE J MD,    1166 RT 9,    LAKEWOOD, NJ 08701
516384144       GRUSSO, MARK DPM PC,    C/O HILLCREST MSO,    1O BRASS CASTLE RD,    WASHINGTON, NJ 07882
516579479      +Goldberg Segalla LLP,    665 Main Street,    Buffalo, NY 14203-1425
516580302       Goldberg Segalla, LLP,    Matthew S. Marrone,    1700 Market St., Ste. 1418,
                 Philadelphia, PA 19103-3907
516384145      +HARRISON RUBINSTEIN DDS,    4693 HWY 9 NO,    HOWELL, NJ 07731-3384
516384146      +HARTFORD FIRE INSURANCE,    690 ASYLUM AVE.,    Hartford, CT 06155-0002
516384147      +HEADACHE AND NEURO CTR OF NJ,    PO BOX 108,    OLDWICK, NJ 08858-0108
516384148      +HERITAGE BUSINESS SYSTEMS,    PO BOX 684,    PENNSAUKEN, NJ 08110-0684
516384149      +HERNANDO FRANKLIN MD,    55 VILLAGE CT,    PRK VLG OFC CONDOS,    HAZLET, NJ 07730-1536
516384150      +HOBOKEN ANKLE AND FOOT CENTER,    500 BLOOMFIELD ST,    HOBOKEN, NJ 07030-5171
516815030      +Hal Solomon, DDS, LLC,    187 Millburn Ave. #4,    Millburn, NJ 07041-1845
516384151      +INFINITY TRUST,    6368 PEARL RD,    CLEVELAND, OH 44130-3064
516384152      +INTEGRATED MEDICINE ALLIANCE,    PO BOX 8519,    RED BANK, NJ 07701-8519
516384153      +JAHN ANTHONY F MD,    216 ENGLE STREET,    SUITE 101,    ENGLEWOOD, NJ 07631-2428
516384154      +JAMES W LUDDEN DPM,    PO BOX 8177,    RED BANK, NJ 07701-8177
516384155      +JANEL, STEVEN J,    1 WASHINGTON CROSSING-PENNINGTON RD,    SUITE 14,    PENNINGTON, NJ 08534-3506
516384156      +JCP&L,    PO BOX 3687,    AKRON, OH 44309-3687
516384157       JER SHR RADLGY ASSOCS,    ATTN LAURA TUREK,    2100 CORLIES AVE STE 4,    NEPTUNE, NJ 07753
516384159      +JER SHR RADLGY ASSOCS,    2100 STATE ROUTE 33,    STE 1,    NEPTUNE, NJ 07753-6116
516384158      +JER SHR RADLGY ASSOCS,    2100 STATE ROUTE 33,    STE1,    NEPTUNE, NJ 07753-6102
516384160     ++JERSEY COAST FIRE EQUIPMENT,    ATTN ALICE JURKOWSKI,    377 ASBURY ROAD,
                 FARMINGDALE NJ 07727-3604
               (address filed with court: JERSEY COAST FIRE EQUIPMENT,    377 ASBURY RD,
                 FARMINGDALE, NJ 07727)
516384161      +JERSEY EMERGENCY SPECIALIST,    PO BOX 20747,    LEHIGH VALLEY, PA 18002-0747
516384162      +JERSEY SHORE ENDOCNOLOGY ASSOC,    1200 JUMPING BROOK RD,    NEPTUNE, NJ 07753-2634
516384163      +JERSEY SHORE IMAGING,    2100 STATE ROUTE 33,    NEPTUNE, NJ 07753-6116
516384165       JONES WOLF,    74 PASSAIC AVE., STE. 100,    FAIRFIELD, NJ 07004
516384167      +JOSEPH, ERIC M MD,    1500 PLEASANT VLLY WY 206,    WEST ORANGE, NJ 07052-2956
517077686      +Jersey Shore Ice Arena,    c/o Alan I. Moldoff, Esq.,    Eckert Seamans Cherin & Mellott,
                 50 S. 16th Street,    Philadelphia, PA 19102-2523
517077687      +Jersey Shore Ice Arena,    c/o Alan I. Moldoff, Esq.,    Eckert Seamans Cherin & Mellott,
                 50 S. 16th Street,    Philadelphia, PA 19102,    Jersey Shore Ice Arena 19102-2523
516384168      +K-MACC,    600 RIVER AVE,    LAKEWOOD, NJ 08701-5237
516384169      +KAHNG, H Y MD,    1 BETHANY RD,    STE 3 BLDG 1,    HAZLET, NJ 07730-1660
516384171      +KAZA CHATARGY S MD PC,    C/O HILLCREST MSO,    10 BRASS CASTLE RD,    WASHINGTON, NJ 07882-6309
516384172      +KENNEDY-LITTLE, DAWN MD,    CO CLASSICAL MEDICAL BILLING,    31 PITNEY LN,
                 JACKSON, NJ 08527-2933
516384174      +KHANI, GHASSAN MD FACS,    255 ROUTE 3 EAST,    SUITE 202,    SECAUCUS, NJ 07094-3857
516384175      +KMC PATHOLOGY,    C/O MCKESSON CORP,    PO BOX 60100,    CHARLESTON, SC 29419-0100
516384176      +KOKANS,    ATTN: EDWARD B. GELLAR, ESQ.,    15 LANDING WAY,    BRONX, NY 10464-1546
516384177      +KORWIN AND ASSOCS PA,    562 RT 35,    SUITE 9F,    RED BANK, NJ 07701-5066
516384178      +KRISHNA SUNANDA MD LLC,    3 PLAZA DR,    STE 14,    TOMS RIVER, NJ 08757-3765
516384179      +KRONICK MOSKOVITZ,    400 CAPITOL MALL,    27TH FL,    SACRAMENTO, CA 95814-4416
516384180      +KURANI, DEVENDRA MD,    221 PALISADE AVE,    JERSEY CITY, NJ 07306-1110
516384181      +KURTZ, JOEL H MD PA,    475 ROUTE 70,    LAKEWOOD, NJ 08701-5897
516384182      +KUTNER, DONALD H MD,    15 01 BROADWAY,    STE 34,    FAIRLAWN, NJ 07410-6006
516384170      +Kamensky Cohen & Riechelson,    194 South Broad St.,    Trenton, NJ 08608-2405
516384173      +Kern Augustine Conroy,    1120 Route 22 East,    Bridgewater, NJ 08807-2972
516384183      +LAKEWOOD PEDIATRIC ASSOC,    101 PROSPECT ST,    LAKEWOOD, NJ 08701-5020
516384184      +LATRIANO, BLAISE MD,    10 BRASS CASTLE RD,    WASHINGTON, NJ 07882-6309
516384185      +LEE, GENE MD., PA,    1403 COURTLAND DR,    MANASQUAN, NJ 08736-4024
516384186      +LEFVOKITS,    ATTN: ADAM FISHBEIN, ESQ.,    483 CHESTNUT ST.,    CEDARHURST, NY 11516-2019
516384187      +LEHIGH VALLEY GROUP,    C/O MCKESSON CORP,    PO BOX 11266,    LANCASTER, PA 17605-1266
516384188      +LEONIA MEDICAL ASSOCIATES,    25 ROCKWOOD PL,    ENGLEWOOD, NJ 07631-4996
516384189      +LIFTIN ALAN MD,    22 OLD SHORT HILLS RD 103,    LIVINGSTON, NJ 07039-5605
516384190      +LINDEN DENTAL ASSOC PA,    909 N WOOD AVE,    LINDEN, NJ 07036-4039
516384191      +LIVINGSTON DERMATOLOGY ASSOCIATES,    201 S LIVINGSTON AVE,    LIVINGSTON, NJ 07039-4040
516384192      +LOGAN LOREAUX,    ATTN: JONES, WOLF & KAPASI, LLC,    375 PASSAIC AVE., STE. 100,
                 FAIRFIELD, NJ 07004-2000
516384193      +LORCH WARREN N DMD,    1056 STELTON RD,    PISCATAWAY, NJ 08854-4326
516384194      +MADISON INTERNAL MEDICINE ASSOC,    95 MADISON AVE,    MORRISTOWN, NJ 07960-7336
516384195      +MAGLARAS, NICHCOLAS C MD LLP,    236 E WESTFIELD AVE SUITE 203,
                 METRO PHYSICIANS MANAGEMENT SVCS,    ROSELLE PARK, NJ 07204-2084
516384196      +MANOPLA RODRIGUEZ,    ATTN: MARCUS ZELMAN, ESQ.,    1500 ALLAIRE AVE., STE. 101,
                 ASBURY PARK, NJ 07712-7603
516384197      +MANVILLE DENTAL GRP,    7 WASHINGTON AVE,    MANVILLE, NJ 08835-1984
516384198     #+MARC N ABO MD PA,    100 COVENTRY DRIVE,    PHILLIPSBURG, NJ 08865-1900
516384200      +MASHALL RONALD H DMD,    1527 RT 27,    STE 2700,    SOMERSET, NJ 08873-3997
516384201      +MATT'S PEST CONTROL,    PO BOX 4155,    LONG BRANCH, NJ 07740-4155
516384202      +MCGUIRE, ROBERT F DDS,    12336 HARBOUR RIDGE BLVD,    PALM CITY, FL 34990-8060
516384203      +MEDFORD SURGICAL PRACTICE,    CREEK CROSSING BLVD,    SUITE 212,    HAINESPORT, NJ 08036-2766
516384204      +MEDICAL + SURGICAL ENT GROUP PA,    5 FRANKLIN AVE,    SUITE 3,    BELLEVILLE, NJ 07109-3532
516384205      +MEDICAL ASSOCIATES OF OCEAN CO,    19 MAIN STREET,    ASBURY PARK, NJ 07712-7012
516384206      +MEDICAL ASSOCIATES OF OCEAN CO,    1301 ROUTE 72 WEST,    SUITE 300,    MANAHAWKIN, NJ 08050-2483
516384207      +MEDICAL BOARD PREP INC.,    5 FRANKLIN AVE,    SUITE 501,    BELLVILLE, NJ 07109-3565
```

```
District/off: 0312-3          User: admin              Page 4 of 9             Date Rcvd: Jun 26, 2019
                              Form ID: 137             Total Noticed: 329


516384208     +MEDICAL RADIOLOGY GROUP,    C/O MCKESSON CORP,    PO BOX 11268,    LANCASTER, PA 17605-1268
516384209     +MEIR R KURT III DPM,    2095 RTE 88 EST,    BRICK, NJ 08724-3265
516384210     +MERIDIAN GROUP,    5290 OVERPASS RD., BLDG. D,    Santa Barbara, CA 93111-2081
516384214     +MID JERSEY ENDODONTIC GROUP,    35 THROCKMORTON LN,    SUITE 2,    OLD BRIDGE, NJ 08857-2574
516384213    #+MID JERSEY ENDODONTIC GROUP,    76 LIVINGSTON AVE,    NEW BRUNSWICK, NJ 08901-2575
516384215     +MID JERSEY ENDODONTIC GROUP,    c/o Ann F. Kiernan, Esq,,    210 New York Ave.,,
                New Brunswick, NJ 08901-1716
516384216     +MOLBEGOTT, DEBRA DO,    PO BOX 297,    MANASQUAN, NJ 08736-0297
516384217     +MONMOUTH TELECOM,    PO BOX 8656,    RED BANK, NJ 07701-8656
516384218     +MONROE MEDICAL ASSOCIATES,    685 AVON DR,    EAST WINDSOR, NJ 08520-5600
516384219      MOUKDAD JIHAD S MD,    C/O MK BILLING,    WASHINGTON TWP, NJ 07676
516384220     +MUGLIA JAMES D DDS,    37 CRESCENT DR,    FAIRFIELD, NJ 07004-1841
516660875     +Mid-Jersey Endodontic Group, PA,    Ann F. Kiernan, Esq.,    210 New York Ave.,
                New Brunswick, NJ 08901-1716
516384221     +NAMAN COUNSELING SERVICES, LLC,    328 HILLTOP RD,    TOMS RIVER, NJ 08753-4270
516384223     +NAVESINK SURGICAL ASSOCIATES,    65 MECHANIC ST,    STE 102,    RED BANK, NJ 07701-1852
516384224     +NEKORANIK, MICHAEL DO,    10 BRASS CASTLE RD,    WASHINGTON, NJ 07882-6309
516384225     +NEW BEGINNINGS PEDIATRICS LLC,    C/O HILLCREST MSO,    10 BRASS CASTLE RD,
                WASHINGTON, NJ 07882-6309
516384226     +NEW JERSEY RECONSTRUCTIVE ORTHO LLC,    PO BOX 388,    BRIELLE, NJ 08730-0388
516384227     +NJ AMER WATER,    BOX 371331,    Pittsburgh, PA 15250-7331
516384228     +NJ DERMATOPATHOLGY LAB,    172 DEZENZO LANE,    WEST ORANGE, NJ 07052-8103
516384229     +NJ NATURAL GAS CO,    PO BOX 11743,    NEWARK, NJ 07101-4743
516384230     +NOONAN V C JR DDS,    2003 HWY 130,    SUITE C,    NORTH BRUNSWICK, NJ 08902-4857
516384231     +NORONHA JOAQUIM L MD,    1553 HWY 27,    SUITE 3000,    SOMERSET, NJ 08873-3983
516384233     +NORTH JERSEY OB GYN PC,    1 W RIDGEWOOD AVE,    SUITE 201,    PARAMUS, NJ 07652-2350
516384234     +NORTH JERSEY ORTH AND SPORTS MEDICINE,    1111 PAULSON AVE,    CLIFTON, NJ 07011-3600
516384222     +Napolitano,    Attn: Marcus Zelman, Esq.,    1500 Allaire Ave., Ste. 101,
                Asbury Park, NJ 07712-7603
516384235     +O DONNELL, CHRISTINE LCSW,    104-110 MAPLE AVE,    RED BANK, NJ 07701-1716
516384236     +OBROTKA, THOMAS M MD FACS PA,    516 HAMBURG TPKE,    NORTH JERSEY MEDICAL VLG,
                WAYNE, NJ 07470-2062
516384237      OCEAN ENDOSURGERY CENTER,    129 RTE 37 W,    1ST FLOOR,    TOMS RIVER, NJ 08753
516384238     +OCEAN HEMATOLOGY & ONCOLOGY,    1255 ROUTE 70,    LAKEWOOD, NJ 08701-5973
516384239     +OCEAN PATHOLOGY,    C/O MCKESSON CORP,    PO BOX 60100,    CHARLESTON, SC 29419-0100
516384240     +OCEAN PULMONARY ASSCO,    3 PLAZA DR,    SUITE 2,    TOMS RIVER, NJ 08757-3764
516384241     +ODYSSEY COUNSELING LLC,    1930 E MARLTON PIKE E,    Q16,    CHERRY HILL, NJ 08003-2150
516384242     +ORTHOPEDIC RECONSTRUCTION SPEC,    560 RT 73 N,    PROVIDENCE MANAGEMENT,
                W BERLIN, NJ 08091-2510
516384243     +PARIS MEDICAL ASSOC. JAY PARIS,    144 COOPERTREE CRT,    EDISON, NJ 08820-4055
516384244     +PE SECURITY,    633 VALLEY RD.,    Montclair, NJ 07043-1407
516384245     +PHYSICIANS FOR WOMENS HEALTHCARE,    375 MOUNT PLEASANT AVE,    SUITE 202,
                WEST ORANGE, NJ 07052-2751
516384246     +PITNEY BOWES,    PO Box 371874,    PITTSBURGH, PA 15250-7874
516384247     +PITNEY BOWES LEASE,    PO Box 371887,    PITTSBURGH, PA 15250-7887
516384248     +PLUMERI, PETER A DO FACP,    445 HURFFVILLE CROSSKEYS,    STE B10,    SEWELL, NJ 08080-2338
516487249     +PNC Bank,    c/o Scott Freedman, Esq.,    457 Haddonfield Rd.,    Cherry Hill, NJ 08002-2220
516384249     +POLLACK HEALTH & WELLNESS CENTER,    137 ATLANTIC CITY BLVD,    SUITE 1,
                BEACHWOOD, NJ 08722-2935
516384250     +POPLAWSKI, FRANK DMD,    PO BOX 829,    310 LACEY RD,    FORKED RIVER, NJ 08731-2618
516384251    #+PORTFOLIO A G MD,    85 HARRISON RD,    STE 102,    GLEN ROCK, NJ 07452-3323
516384253     +PREMIER UROLOGY AND CONSULTANTS,    IN UROLOGY,    ATTN: MICHAEL LUNGA, ESQ.,
                23 VREELAND RD., STE. 250,    FLORHAM PARK, NJ 07932-1510
516384254     +PREMIER UROLOGY GROUP LLC,    PO BOX 51079,    NEWARK, NJ 07101-5179
516384255     +PRINCETON EYE & EAR LLC,    PO BOX 398,    BORDENTOWN, NJ 08505-0398
516384256     +PRINCETON PATHOLOGY SERVICES,    20 NASSAU ST,    SUITE 214,    PRINCETON, NJ 08542-4508
516384257     +PROFESSIONAL ASSISTANCE PROGRAM,    742 ALEXANDER RD,    PO BOX 8568,    PRINCETON, NJ 08543-8568
516384258     +PROSTHODONTICS OF PRINCETON PC,    601 EWING ST,    SUITE B4,    PRINCETON, NJ 08540-2755
516384259     +PULMONARY & INTENSIVE CARE SPEC OF NJ,    SUITE 1A,    593 CRANBURY ROAD,
                EAST BRUNSWICK, NJ 08816-4093
516659125     +Professional Assistance Program of New Jersey, Inc,    Karen Wachs, Esq.,
                33 Bleeker Street, Suite 210,    Millburn NJ 07041-1460
516384260     +QUICK COPPER COMMUNICATIONS, LLC,    103 CENTER ST,    GARWOOD, NJ 07027-1211
516384262     +RADHAKRISHNA, VIJAYA MD,    155 STELTON RD,    PISCATAWAY MEDICAL ARTS,
                PISCATAWAY, NJ 08854-3251
516384263     +RASO AND COHN GASTROENTEROLOGY,    129 ROUTE 37 WEST,    TOMS RIVER, NJ 08755-6435
516384264     +RED BANK ANESTHESIA LLC,    17 WINCHESTER LANE,    HOLMDEL, NJ 07733-1866
516384265     +RENY RIVERO,    131 SILVER LAKE RD., APT. #406,    STATEN ISLAND, NY 10301-2741
516384266     +RESNICK AND ROSENFELD DDS,    1095 INMAN AVE,    INMAN GROVE CENTER,    EDISON, NJ 08820-1132
516384269     +ROBERT WOOD JOHNSON UNIV HOSP @ RAHWAY,    865 STONE ST,    RAHWAY, NJ 07065-2742
516384270     +ROCKLAND CARDIOLOGY,    2 CROSSFIELD AVE,    SUITE 407,    WEST NYACK, NY 10994-2212
516384271     +ROSELLE PARK MEDICAL ASSOC,    744 GALLOPING HILL RD,    SUITE A,    ROSELLE PARK, NJ 07204-1700
516384272      SADEGHI-NEJAD, HOSSEIN MD,    277 FOREST AVE,    STE 206,    PARAMUS, NJ 07652
516384273     +SANDLER STEPHEN DDS,    245 POMPTON AVE,    VERONA, NJ 07044-3012
516384274     +SANKHLA RADIOLOGY, LLC,    PO BOX 5220,    TOMS RIVER, NJ 08754-5220
516384275     +SAPORITO MD, JOHN L,    1131 BROAD ST,    SUITE 102,    SHREWSBURY, NJ 07702-4334
516384277     +SCHARFMAN ROBERT M MD,    3 HOSPITAL PLAZA,    SUITE 310,    OLD BRIDGE, NJ 08857-3095
516384278     +SERSANTI JOHN P MD,    3 PLAZA DR,    STE 10,    TOMS RIVER, NJ 08757-3765
516384279     +SHAFEY PSYCHIATRIC,    PO BOX 1247,    TOMS RIVER, NJ 08754-1247
516384280     +SHAH, CHETAN S. MD,    PO BOX 398,    BORDENTOWN, NJ 08505-0398
```

```
District/off: 0312-3          User: admin              Page 5 of 9              Date Rcvd: Jun 26, 2019
                              Form ID: 137             Total Noticed: 329


516384281      +SHORE IMAGING,    1166 RIVER AVE,    LAKEWOOD, NJ 08701-5600
516384282      +SHORE INSTITUTE FOR REPRODCTV MEDICINE,    475 HWY 70,    LAKEWOOD, NJ 08701-5897
516384283      +SHORE NEUROLOGY,    633 RT 37 W,    TOMS RIVER, NJ 08755-8007
516384284      +SHORE OUTPATIENT SURGICENTER,    360 ROUTE 70,    LAKEWOOD, NJ 08701-5823
516384285      +SHORE PSYCHOLOGY ASSOC LLC,    200 ATLANTIC AVE,    STE K,    MANASQUAN, NJ 08736-1352
516384286      +SHORE WELLNESS CENTER,    255 MONMOUTH RD,    OAKHURST, NJ 07755-1563
516384287      +SICILIANO, THEODIRE B. DC,    720 SOUTH MAIN STREET,    MAYETTA, NJ 08092-3121
516384288      +SIEGEL, ISAAC DMD,    4693 HWY 9 NO,    HOWELL, NJ 07731-3384
516384289      +SIKAND, VINAY MD,    508 LAKEHURST RD,    STE 1A,    TOMS RIVER, NJ 08755-8000
516384291      +SINHA RAJ DMD,    650 EASTON AVE,    SOMERSET, NJ 08873-1818
516384292      +SMG AMBULATORY SURGERY CENTER,    150 FLORAL AVE,    NEW PROVIDENCE, NJ 07974-1557
516384293      +SOMERSET HEALTH CENTER P.C,    1 DOYLE COURT,    HILLSBOROUGH, NJ 08844-4092
516384294      +SOMERSET NEPHROLOGY ASSOC PC,    23 MONROE ST,    BRIDGEWATER, NJ 08807-3043
516384295       SOURCEHOV,    PO BOX 142589,    DRAWER #9096,    IRVING, TX 75014
516384296      +SOUTH JERSEY SURGICENTER,    2835 S DELSEA DR,    VINELAND, NJ 08360-7056
516384297      +SPECTRIO,    PO BOX 890271,    CHARLOTTE, NC 28289-0271
516384298      +ST LUKE'S WARREN PHYSICIAN GROUP P C,    10 BRASS CASTLE RD,    WASHINGTON, NJ 07882-6309
516384299      +STACY NOVAK LCSW,    1902 BRECKENRIDGE PL,    TOMS RIVER, NJ 08755-0900
516482091     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516384300      +STATEN ISLAND PHYSICIANS PRCTCE,    2791 RICHMOND AVE,    2ND FL,    STATEN ISLAND, NY 10314-5859
516384302      +STEVEN GALVAN LCSW,    2290 WEST COUNTY LINE RD,    SUITE 206,    JACKSON, NJ 08527-2285
516384303      +SUBURBAN HEART GRP,    1000 GALLOPING HILL RD,    STE 107,    UNION, NJ 07083-7989
516384304      +SUDHA, KOLLI MD PA,    262 LIVINGSTON AVE,    NEW BRUNSWICK, NJ 08901-3058
516384305      +SUMMIT MEDICAL GROUP,    150 FLORAL AVE,    NEW PROVIDENCE, NJ 07974-1557
516384306    ++++SUSQUEHANNA COMM FINANCE,    2 GREAT VALLEY PKWY STE 300,    MALVERN PA 19355-1319
               (address filed with court: SUSQUEHANNA COMM FINANCE,    2 COUNTRY VIEW RD,    SUITE 300,
                 MALVERN, PA 19355)
516384307    ++++SUSQUEHANNA COMMERICAL FINANCE,    2 GREAT VALLEY PKWY STE 300,    MALVERN PA 19355-1319
               (address filed with court: SUSQUEHANNA COMMERICAL FINANCE,    2 COUNTRY VIEW RD., STE. 300,
                 Malvern, PA 19355)
516384290      +Silpit Industries, LLC,    19 Main Street,    Asbury Park, NJ 07712-7012
516609783      +TD Bank, NA,    c/o William J. Fiore, Meyner and Landis,,    One Gateway Ctr, Ste 2500,
                 Newark, NJ 07102-5323
516384310      +THE DOCTORS OFFICE,    1070 RTE 34,    SUITE C,    MATAWAN, NJ 07747-3468
516384313      +THE RHEUMATOLOGY CTR OF PRINCETON,    123 FRANKLIN CORNER RD,    SUITE 106,
                 LAWRENCEVILLE, NJ 08648-2526
516384314      +THE STRESS CENTER,    535 LACEY RD,    SUITE 6,    FORKED RIVER, NJ 08731-1533
516384315      +TOMS RIVER X-RAY, CT & MRI CENTER,    154 RT 37 W,    DEER CHASE PROF PARK,
                 TOMS RIVER, NJ 08755-8059
516384316      +TRANSUNION LLC,    PO BOX 99506,    Chicago, IL 60693-9506
516559867       The Bancorp Bank,    c/o Alan I. Moldoff, Esq.,    Eckert Seamans Cherin & Mellott, LLC,
                 Two Liberty Place - 50 South 16th Street,    Philadelphia, PA  19102
516384317      +UNITED STATES LIFE,    PO Box 62104,    Baltimore, MD 21264-2104
516384318      +UNIVERSITY CHILDRENS EYE CENTER,    4 CORNWALL CT,    EAST BRUNSWICK, NJ 08816-3357
516384319      +UNIVERSITY DENTAL CARE LLC,    61 LIVINGSTON AVE,    NEW BRUNSWICK, NJ 08901-2502
516384320       UROLOGIC INSTITUTE OF NJ PA,    277 FOREST AVE,    SUITE 206,    PARAMUS, NJ 07652
516384321      +VALLEY PERINATAL ASSOCIATES,    3101 EMRICK BLVD,    STE 209,    BETHLEHEM, PA 18020-8037
516384323      +VILLAGE MEDICAL CENTER,    10 BRASS CASTLE RD,    WASHINGTON, NJ 07882-6309
516384324      +VIRADIA, JAYANT K, MD,    PO BOX 297,    MANASQUAN, NJ 08736-0297
516384325      +VITREO RETINAL ASSOCIATES OF NJ PA,    36 NEWARK AVE,    SUITE 212,    BELLEVILLE, NJ 07109-4121
516384326      +WARREN DERMATOLOGY ASSOC,    122 MT BETHEL RD,    STE 1,    WARREN, NJ 07059-5129
516384327      +WARREN HILLS FAMILY HEALTH CTR,    10 BRASS CASTLE RD,    WASHINGTON, NJ 07882-6309
516384328      +WARREN PA PROF ALLIANCE,    10 BRASS CASTLE RD,    WASHINGTON, NJ 07882-6309
516384329      +WARSHAUER, BRUCE L MD,    2424 BRIDGE AVE,    POINT PLEASANT, NJ 08742-4325
516384330      +WAWRZYNIAK, ZYGMUT MD,    C/O METRO PHYSICIANS MNGMT SVC,    2 NORTH AVE WEST SUITE 203,
                 CRANFORD, NJ 07016-5121
516384331     #+WAYNE PHYSICAL THERAPY,    223 WANAQUE AVE #302,    POMPTON LAKES, NJ 07442-2103
516384332     #+WEINER BARRY C MD,    4535 HWY 9 NORTH,    ALL COUNTY DERMATOLOGY,    HOWELL, NJ 07731-3380
516384333      +WHITWORTH JEFFERY MD LLC,    PO BOX 1247,    TOMS RIVER, NJ 08754-1247
516384334      +WINOKUR DONN DDS,    601 RT 37 W AT CORY,    TOMS RIVER, NJ 08755-8050
516647007      +William J. Lipken, DPM,    500 Bloomfield St.,    Hoboken, NJ 07030-5171
516384335      +YADALLA, VANITHA MD LLC,    3350 STATE ROUTE 138,    BLDG 2 STE 128,    WALL, NJ 07719-9694
516384336      +ZALESKI, T G MD FACS,    212 JACK MARTIN BLVD,    D2,    BRICK, NJ 08724-7771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com Jun 27 2019 00:28:06     A. Atkins Appraisal Company,
                 122 Clinton Road,    Fairfield, NJ 07004-2900
cr              E-mail/Text: bankruptcy@td.com Jun 27 2019 00:28:37     TD Bank, N.A.,    1 Royal Road,
                 Flemington, NJ  08822
516920205      +E-mail/Text: dkretschmer@bchaselaw.com Jun 27 2019 00:28:29     Bart A. Chase, Esq.,
                 BA Chase Attorneys At Law, LLC,    450 Springfield Ave. - Suite 203,    Summit, NJ 07901-2611
```

```
District/off: 0312-3          User: admin              Page 6 of 9              Date Rcvd: Jun 26, 2019
                              Form ID: 137             Total Noticed: 329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516384091      +E-mail/Text: ebn@rwjbh.org Jun 27 2019 00:28:56        COMMUNITY MEDICAL CENTER,
                 ATTN THOMAS PERCELLO CFO,    99 HWY 37 WEST,    TOMS RIVER, NJ 08755-6423
516384098      +E-mail/Text: heatherg@masnj.net Jun 27 2019 00:28:43        CUMBERLAND MEDICAL ASSOCIATES,
                 1206 W SHERMAN AVE.,    VINELAND, NJ 08360-6911
516461169       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 00:21:27
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
516390509      +E-mail/Text: cio.bncmail@irs.gov Jun 27 2019 00:27:50        Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
516384121      +E-mail/Text: billing@fairisaac.com Jun 27 2019 00:24:47        FAIR ISSAC CORP,
                 3661 VALLEY CENTRAL DR,    SUITE 500,   SAN DIEGO, CA 92130-3337
516384160       E-mail/Text: alice@jerseycoastfire.com Jun 27 2019 00:24:52        JERSEY COAST FIRE EQUIPMENT,
                 377 ASBURY RD,    FARMINGDALE, NJ 07727
516384212      +E-mail/Text: litigationintake@metlife.com Jun 27 2019 00:29:06        METLIFE,    PO BOX 804466,
                 KANSAS CITY, MO 64180-4466
516519657      +E-mail/Text: litigationintake@metlife.com Jun 27 2019 00:29:06        Metropolitan Life Ins. Co.,
                 1095 Avenue of the Americas,    NY, NY 10036-6797
516597626      +E-mail/Text: bankruptcy@pb.com Jun 27 2019 00:29:04        Pitney Bowes Inc,
                 27 Waterview Dr, 3rd Fl,    Shelton CT 06484-4361
516384267       E-mail/Text: bk@revenuegroup.com Jun 27 2019 00:29:03        REVENUE GROUP,    PO BOX 93983,
                 CLEVELAND, OH 44101
516384301      +E-mail/Text: attorneyjanel@comcast.net Jun 27 2019 00:28:28        Steven D. Janel, Esq.,
                 1 Washington Crossing Pe Rd., Ste. 14,    Pennington, NJ 08534-3506
516384309       E-mail/Text: bankruptcy@td.com Jun 27 2019 00:28:37        TD BANK,    PO Box 219,
                 Lewiston, ME 04243
516766254      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32        United States Trustee,
                 One Newark Center,    Suite 2100,   Newark, NJ 07102-5235
516384322      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 27 2019 00:24:41
                 VERIZON COMMUNICATIONS, INC NJ,    1135 E CHOCOLATE AVE,    OCA STAFF,    HERSHEY, PA 17033-1201
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Desiree Benjamin
516487251       Alex Shnayderman
516384127       FIORENTINO, DIEGO DO FACP
516384312       THE HARTFORD,   PO BOX 660916
aty*           +Michael J. Lunga,   23 Vreeland Road,    Suite 250,   Florham Park, NJ 07932-1510
aty*           +Professional Assistance Program,    742 Alexander Road,    PO Box 8568,
                 Princeton, NJ 08543-8568
cr*            +Central Jersey Emergency Medicine Associates, P.C.,    c/o Spector & Ehrenworth, P.C.,
                 30 Columbia Turnpike,    Suite 202,   Florham Park, NJ 07932-2253
cr*            +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr*            +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr*            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
516394517*      Internal Revenue Service,    P.O. Box 7346,   Philadelphia PA 19101-7346
intp         ##+Abraham Edwards,   306 Allenhurst Avenue,    Neptune, NJ 07753-3719
intp         ##+Michael J Lunga,   23 Vreeland Road,    Suite 250,   Florham Park, NJ 07932-1510
516384047    ##+AMBULATORY ANESTHESIA CARE PC,    PO BOX 1428,   MOUNTAINSIDE, NJ 07092-0428
516384056    ##+ARMENTO ROBERT DDS,    1380 HOOPER AVE,   TOMS RIVER, NJ 08753-2828
516384072    ##+BILLING MANAGEMENT SERVICES,    PO BOX 329,   MT HOLLY, NJ 08060-0329
516384074    ##+BRANIGAN, LAURA DMD,    901 W PARK AVE,   SUITE C,    OCEAN, NJ 07712-7202
516384090    ##+COASTAL PEDIATRICS LLC,    25 N COUNTY LINE RD,   JACKSON, NJ 08527-1270
516384099    ##+CURTIS MCCLAREN,    ATTN: LAW OFFICES OF TODD M. FRIEDMAN,PC,    324 BEVERLY DR., #725,
                 BEVERLY HILLS, CA 90212-4801
516384114    ##+Eli Ashkenazi,   Attn: Marcus Zelman, LLC,    1500 Allaire Ave., Ste. 101,
                 Ocean, NJ 07712-7603
516384138    ##+GELLER HOWARD MD,    1869 RT 88 E,   SUITE 3,   BRICK, NJ 08724-3561
516384143    ##+GROSSMAN RIDGEDALE ELLIOT A MD,    220 RIDGEDALE AVE,    FLORHAM PARK, NJ 07932-1361
516384164    ##+JESSICA NAPOLITANO,    ATTN: MARCUS ZELMAN, LLC,    1500 ALLAIRE AVE., STE. 101,
                 OCEAN, NJ 07712-7603
516384166    ##+JOSE RODRIGUEZ,    ATTN: MARCUS ZELMAN, LLC,    1500 ALLAIRE AVE., STE. 101,
                 OCEAN, NJ 07712-7603
516384199    ##+MARIN INTEGRATIVE THERAPY LLC,    86 E WATER STREET,    TOMS RIVER, NJ 08753-7578
516384211    ##+MESSINA RUDOLPH MD,    5 FRANKLIN AVE,   SUITE 407,   BELLEVILLE, NJ 07109-3565
516384232    ##+NORTH JERSEY NEUROLOGY CARE PA,    721 CLIFTON AVE,    CLIFTON, NJ 07013-1880
516384252    ##+PRADHAN PRASANNA G MD,    620 W LACEY RD,   FORKED RIVER, NJ 08731-2244
516384261    ##+QUILL.COM,   8500 WYOMING AVE. N.,    Minneapolis, MN 55445-1825
516384268    ##+RIVERFRONT NEUROLOGY LLC,    755 MEMORIAL PARKWAY,    SUITE 114,   PHILLIPSBURG, NJ 08865-2774
516384276    ##+SARA CHEHBAR,   ATTN: MARCUS ZELMAN, LLC,    1500 ALLAIRE AVE., STE. 101,   OCEAN, NJ 07712-7603
516384308    ##+SUSSMAN, ROBERT E DPM,    2260 HWY 33,   PITTENGER PLAZA,    NEPTUNE, NJ 07753-6113
516384311    ##+THE EYE SPECIALISTS PA,    31 MONROE ST,   BRIDGEWATER, NJ 08807-3043
                                                                                  TOTALS: 4, * 7, ## 22

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3                  User: admin                    Page 7 of 9                    Date Rcvd: Jun 26, 2019
                                      Form ID: 137                   Total Noticed: 329
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
              Alan I. Moldoff    on behalf of Defendant    The Bancorp Bank amoldoff@eckertseamans.com
              Alan I. Moldoff    on behalf of Creditor     The Bancorp Bank amoldoff@eckertseamans.com
              Alekandra   Kaplun    on behalf of Defendant    Bank of America, N.A. akaplun@mcguirewoods.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Creditor    Center for Ambulatory Surgery, LLC
               agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski, Esq. agorski@gorskiknowlton.com
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
               AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORAT nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               Deutsche Bank National Trust Company bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Ann F. Kiernan    on behalf of Creditor    Mid Jersey Endodontic Group ann@kiernanlaw.net
              Anthony  Sodono, III    on behalf of Mediator Anthony  Sodono asodono@msbnj.com
              Benjamin W. Spang    on behalf of Counter-Claimant    PNC Bank, N.A. bspang@dilworthlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Daniel E Straffi    on behalf of Counter-Defendant    Daniel E. Straffi, Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Plaintiff    Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Defendant    PNC Bank, N.A. bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Plaintiff    Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

```
District/off: 0312-3                  User: admin                Page 8 of 9                  Date Rcvd: Jun 26, 2019
                                      Form ID: 137               Total Noticed: 329
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          David A. Ast    on behalf of Debtor    ACB Receivables Management, Inc. david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Douglas A. Goldstein    on behalf of Creditor    Central Jersey Emergency Medicine Associates, P.C. dgoldstein@selawfirm.com, bspector@selawfirm.com
          Francesca Ann Arcure    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee on behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2007- CH1 Asset Backed Pass-Through Certificates, Series 2007-CH1 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Francis P. Maneri    on behalf of Defendant    PNC Bank, N.A. fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com
          Francis P. Maneri    on behalf of Creditor    PNC Bank, National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com
          Ira Deiches    on behalf of Mediator Ira Deiches ideiches@deicheslaw.com
          J. Nicole Knox    on behalf of Interested Party Abraham Edwards jnk@spsk.com
          James A. Kellar    on behalf of Defendant    Capital One Bank jkellar@mccarter.com
          James Patrick Shay    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY jpshay@mdwcg.com, jpshay@gmail.com
          James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK ET.AL. jpshay@mdwcg.com, jpshay@gmail.com
          James Patrick Shay    on behalf of Creditor    U.S BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT jpshay@mdwcg.com, jpshay@gmail.com
          Javier Lopez    on behalf of Defendant    TD Bank, N.A. jlopez@meyner.com
          Javier Lopez    on behalf of Creditor    TD Bank jlopez@meyner.com
          Javier Lopez    on behalf of Counter-Claimant    TD Bank, N.A. jlopez@meyner.com
          Javier Lopez    on behalf of Creditor    TD Bank, N.A. jlopez@meyner.com
          Joann Sternheimer    on behalf of Defendant    BMW Financial Services NA, LLC jsternheimer@deilylawfirm.com, bcooper@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
          John R. Morton, Jr.    on behalf of Defendant Ally Financial, Inc. Ally Detroit Center ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Karen Wachs    on behalf of Attorney    Professional Assistance Program ksw@beinlaw.com
          Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company NJ_ECF_Notices@mccalla.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com
          Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER NJ_ECF_Notices@mccalla.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Michael Jonathan Smikun    on behalf of Creditor    Center for Ambulatory Surgery, LLC msmikun@callagylaw.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR RAMP 2003-RS10 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Robert Davidow    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY nj.bkecf@fedphe.com
          Robert L. Schmidt    on behalf of Debtor    ACB Receivables Management, Inc. robert@astschmidtlaw.com, info@astschmidtlaw.com;david@astschmidtlaw.com
          Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 9 of 9              Date Rcvd: Jun 26, 2019
                              Form ID: 137             Total Noticed: 329
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Sherri Jennifer Smith   on behalf of Creditor   SELENE FINANCE, LP, AS SERVICER FOR DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Sherri Jennifer Smith   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Sherri Jennifer Smith   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Sherri Jennifer Smith   on behalf of Creditor   SUNTRUST BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

        Steven D. Janel   on behalf of Creditor   Steven D. Janel, Esquire attorneyjanel@comcast.net

        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov

        Warren S. Jones, Jr.   on behalf of Defendant   Ferrari Financial Services, Inc. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

                                                                                                                        TOTAL: 66