UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
bktrustee@straffilaw.com

**Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ACB Receivables Management, Inc.

Case No.: _____16-27343_____

Hearing Date: _____8/6/19 at 2:00pm_____

Judge: ____Christine M. Gravelle____

Chapter: _____7_____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Daniel E. Straffi<br>Attorney for Trustee | $175,355.00 | $3,763.59 |

*rev.8/1/15*