UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ACB RECEIVABLES MANAGEMENT, INC.
DEBTOR

Case No.: 16-27343(CMG)

Hearing Date:

Judge:    Christine M. Gravelle

Chapter  7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 6, 2019

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| **BEDERSON LLP** <br> Accountant | $70,053.50 | $1,967.91 |