UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz & Schneid, PL**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for Secured Creditor

Harold N. Kaplan   HK0226

In Re:

**ACB Receivables Management, Inc.,**

    **Debtor.**

**Order Filed on August 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   16-27343-CMG

Chapter:   7

Hearing Date: August 13, 2019

Judge:   Christine M. Gravelle

Recommended Local Form:   ☑ Followed   ☐ Modified

### ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: August 14, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 16-27343-CMG    Doc 352    Filed 08/14/19    Entered 08/14/19 14:53:23    Desc Main
Document      Page 2 of 2

Page **2**
Debtor:       **ACB Receivables Management, Inc.**
Case No.:     16-27343-CMG
Caption of Order:   **Order Vacating Stay**

_____

Upon the motion of Reverse Mortgage Solutions, Inc., ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

332 – 334 Hamilton Avenue, Paterson, NJ 07501.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

16-27343-CMG
Order Vacating Stay