| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>824924<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for SELENE FINANCE, LP, AS SERVICER<br>FOR MTGLQ INVESTORS, L.P. | **Order Filed on August 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   ACB RECEIVABLES MANAGEMENT, INC.<br><br>   Debtor | Case No.: 16-27343 - CMG<br><br>Hearing Date: 08/13/2019<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 7 |

Recommended Local Form: ☐ Followed ☒ Modified

**ORDER GRANTING MOTION FOR RELIEF PURSUANT TO 11 U.S.C. §362(d), NUNC PRO TUNC, TO VALIDATE ALL FORECLOSURE PROCEEDINGS RETROACTIVELY TO MARCH 7, 2017 AS WELL AS THE FINAL JUDGMENT ENTERED MACH 2, 2018 AND THE DECEMBER 11, 2018, SHERIFF'S SALE**

\_\_\_    The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of SELENE FINANCE, LP, AS SERVICER FOR MTGLQ INVESTORS, L.P., under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to §362(d), Nunc Pro Tunc, to Validate all foreclosure proceedings retroactively to March 7, 2017 as well as the Final Judgment entered March 2, 2018 and the December 11, 2018, Sheriff's Sale, as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated pursuant to §362(d), Nunc Pro Tunc, to Validate all foreclosure proceedings retroactively to March 7, 2017 as well as the Final Judgment entered March 2, 2018 and the December 11, 2018, Sheriff's Sale as to the subject property, to permit the Movant to continue with its State Court Rights in the following:

☒ Real Property more fully described as:

645 INNKEEPER LANE, TOMS RIVER, NJ 08757

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2