| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>828960<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. F/K/A NORWEST BANK MINNESOTA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF SALOMON BROTHERS MORTGAGE SECURITIES VII, INC. ASSET-BACKED CERTIFICATES, SERIES 1998-AQ1, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 1998 | |
| In Re:<br><br>ACB Receivables Management, Inc. | Case No: 16-27343-CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 7 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>WELLS FARGO BANK, N.A. F/K/A NORWEST BANK MINNESOTA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF SALOMON BROTHERS MORTGAGE SECURITIES VII, INC. ASSET-BACKED CERTIFICATES, SERIES 1998-AQ1, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 1998</u> with regards to its mortgage. Said Mortgage was recorded on March 4, 1998, Book 6969, Page 855 on the real property, located at 61 HOWARD STREET, NEWARK, NJ 07103-3446 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: August 29, 2019         /s/ Robert J. Davidow
　　　　　　　　　　　　　　　 Robert J. Davidow, Esq.
　　　　　　　　　　　　　　　 Phelan Hallinan Diamond & Jones, PC
　　　　　　　　　　　　　　　 1617 JFK Boulevard, Suite 1400
　　　　　　　　　　　　　　　 Philadelphia, PA 19103
　　　　　　　　　　　　　　　 Tel: 856-813-5500 Ext. 47960
　　　　　　　　　　　　　　　 Fax: 856-813-5501
　　　　　　　　　　　　　　　 Email: Robert.Davidow@phelanhallinan.com