| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 829550 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-5, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-5 | |
| In Re: <br><br> ERNESTO ROJAS | Case No: 16-27343 - CMG <br><br> Judge: CHRISTINE M. GRAVELLE <br><br> Chapter: 7 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-5, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-5</u> with regards to its mortgage. Said Mortgage was recorded on April 23, 2007, Book 12311, Page 535 on the real property, located at 144 THROCKMORTON LANE, OLD BRIDGE, NJ 08857-2231 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: September 16, 2019 | /s/ Nicholas V. Rogers <br> Nicholas V. Rogers, Esq. <br> Phelan Hallinan Diamond & Jones, PC <br> 1617 JFK Boulevard, Suite 1400 |

Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com