| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>828960<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. F/K/A NORWEST BANK MINNESOTA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF SALOMON BROTHERS MORTGAGE SECURITIES VII, INC. ASSET-BACKED CERTIFICATES, SERIES 1998-AQ1, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 1998 | **Order Filed on September 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   ACB RECEIVABLES MANAGEMENT, INC.<br><br>   Debtor | Case No.: 16-27343 - CMG<br><br>Hearing Date: 09/24/2019 @ 10:00 AM<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 7 |

Recommended Local Form:   ☐ Followed   ☐ Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY PURSUANT TO §362(d),
NUNC PRO TUNC, TO VALIDATE FORECLOSURE PROCEEDINGS**

___   The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 25, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for WELLS FARGO BANK, N.A. F/K/A NORWEST BANK MINNESOTA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF SALOMON BROTHERS MORTGAGE SECURITIES VII, INC. ASSET-BACKED CERTIFICATES, SERIES 1998-AQ1, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 1998, under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings, and all actions taken since that time, to permit the movant to continue with its State Court Rights in the following:

☒ Real Property more fully described as:

61 HOWARD STREET, NEWARK, NJ 07103-3446

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

61 HOWARD STREET, NEWARK, NJ 07103-3446

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

2

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*