| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| 828960<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for WELLS FARGO BANK, N.A. F/K/A NORWEST BANK MINNESOTA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF SALOMON BROTHERS MORTGAGE SECURITIES VII, INC. ASSET-BACKED CERTIFICATES, SERIES 1998-AQ1, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 1998 | **Order Filed on September 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   ACB RECEIVABLES MANAGEMENT, INC.<br><br>   Debtor | Case No.: 16-27343 - CMG<br><br>Hearing Date: 09/24/2019 @ 10:00 AM<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 7 |

Recommended Local Form:  ☐ Followed  ☐ Modified

# ORDER GRANTING MOTION FOR RELIEF FROM STAY PURSUANT TO §362(d), NUNC PRO TUNC, TO VALIDATE FORECLOSURE PROCEEDINGS

___   The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 25, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for WELLS FARGO BANK, N.A. F/K/A NORWEST BANK MINNESOTA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF SALOMON BROTHERS MORTGAGE SECURITIES VII, INC. ASSET-BACKED CERTIFICATES, SERIES 1998-AQ1, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 1998, under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings, and all actions taken since that time, to permit the movant to continue with its State Court Rights in the following:

☒ Real Property more fully described as:

61 HOWARD STREET, NEWARK, NJ 07103-3446

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

61 HOWARD STREET, NEWARK, NJ 07103-3446

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-27343-CMG
ACB Receivables Management, Inc.                                                Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Sep 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db             #+ACB Receivables Management, Inc.,   19 Main Street,   Asbury Park, NJ 07712-7012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Alan I. Moldoff    on behalf of Defendant   The Bancorp Bank amoldoff@eckertseamans.com
              Alan I. Moldoff    on behalf of Creditor    The Bancorp Bank amoldoff@eckertseamans.com
              Alekandra Kaplun   on behalf of Defendant   Bank of America, N.A. akaplun@mcguirewoods.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Creditor    Center for Ambulatory Surgery, LLC
               agorski@gorskiknowlton.com
              Allen I Gorski    on behalf of Mediator Allen I. Gorski, Esq. agorski@gorskiknowlton.com
              Andrew L. Spivack   on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
               AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORAT nj.bkecf@fedphe.com
              Andrew M. Lubin   on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               Deutsche Bank National Trust Company bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Ann F. Kiernan   on behalf of Creditor    Mid Jersey Endodontic Group ann@kiernanlaw.net
              Anthony Sodono, III    on behalf of Mediator Anthony Sodono asodono@msbnj.com
              Benjamin W. Spang    on behalf of Counter-Claimant   PNC Bank, N.A. bspang@dilworthlaw.com
              Charles G. Wohlrab   on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Daniel E Straffi    on behalf of Counter-Defendant    Daniel E. Straffi, Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Plaintiff   Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Defendant    PNC Bank, N.A. bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E Straffi    on behalf of Plaintiff   Daniel E. Straffi, Trustee dstraffi1@comcast.net,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Plaintiff   Daniel E. Straffi, Chapter 7 Trustee
               bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

```
District/off: 0312-3                  User: admin                    Page 2 of 3                    Date Rcvd: Sep 25, 2019
                                      Form ID: pdf903                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Daniel E. Straffi    bktrustee@straffilaw.com,
         G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
         osfs.com
        Daniel E. Straffi    on behalf of Plaintiff    Daniel E. Straffi, Trustee dstraffi1@comcast.net,
         G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
        David A. Ast    on behalf of Debtor    ACB Receivables Management, Inc. david@astschmidtlaw.com,
         info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
        Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corp
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Douglas A. Goldstein    on behalf of Creditor    Central Jersey Emergency Medicine Associates, P.C.
         dgoldstein@selawfirm.com, bspector@selawfirm.com
        Francesca Ann Arcure    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
         on behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2007- CH1 Asset Backed
         Pass-Through Certificates, Series 2007-CH1 NJ_ECF_Notices@McCalla.com,
         NJ_ECF_Notices@McCalla.com
        Francis P. Maneri    on behalf of Defendant    PNC Bank, N.A. fmaneri@dilworthlaw.com,
         smurphy@dilworthlaw.com
        Francis P. Maneri    on behalf of Creditor    PNC Bank, National Association
         fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com
        Harold N. Kaplan    on behalf of Creditor    Reverse Mortgage Solutions, Inc. hkaplan@rasnj.com,
         informationathnk@aol.com
        Ira Deiches    on behalf of Mediator Ira Deiches ideiches@deicheslaw.com
        J. Nicole Knox    on behalf of Interested Party Abraham Edwards jnk@spsk.com
        James A. Kellar    on behalf of Defendant    Capital One Bank jkellar@mccarter.com
        James Patrick Shay    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
         LIABILITY COMPANY jpshay@mdwcg.com, jpshay@gmail.com
        James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
         ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK
         ET.AL. jpshay@mdwcg.com, jpshay@gmail.com
        James Patrick Shay    on behalf of Creditor    U.S BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT jpshay@mdwcg.com,
         jpshay@gmail.com
        Javier Lopez    on behalf of Creditor    TD Bank jlopez@meyner.com
        Javier Lopez    on behalf of Counter-Claimant    TD Bank, N.A. jlopez@meyner.com
        Javier Lopez    on behalf of Creditor    TD Bank, N.A. jlopez@meyner.com
        Javier Lopez    on behalf of Defendant    TD Bank, N.A. jlopez@meyner.com
        Joann Sternheimer    on behalf of Defendant    BMW Financial Services NA, LLC
         jsternheimer@deilylawfirm.com, bcooper@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
        John R. Morton, Jr.    on behalf of Defendant Ally Financial, Inc. Ally Detroit Center
         ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Karen Wachs    on behalf of Attorney    Professional Assistance Program ksw@beinlaw.com
        Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent
         for Deutsche Bank National Trust Company NJ_ECF_Notices@mccalla.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         NJ_ECF_Notices@mccalla.com
        Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         NJ_ECF_Notices@mccalla.com
        Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
         nj.bkecf@fedphe.com
        Michael Jonathan Smikun    on behalf of Creditor    Center for Ambulatory Surgery, LLC
         msmikun@callagylaw.com
        Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR U. S. BANK NATIONAL
         ASSOCIATION AS TRUSTEE FOR CMALT REMIC 2007-A2 - REMIC PASS-THROUGH CERTIFICATES. SERIES 2007-A2
         nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK AS TRUSTEE FOR THE
         CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
         STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
         FREMONT HOME LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1 nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    JP MORGAN CHASE BANK, NA, AS SERVICER FOR DEUTSCHE
         BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.AL. nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
         ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,
         N.A. AS TRUSTEE FOR RAMP 2003-RS10 nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
         AMERICAN HOME MORTGAGE ASSETS TRUST 2007-5 ET.AL. nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
         PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
        Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. F/K/A NORWEST BANK MINNESOTA,
         N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF SALOMON BROTHERS MORTGAGE SECURITIES VII, INC.
         ET.AL. nj.bkecf@fedphe.com
        Robert Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Sep 25, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert Davidow    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2007-A ET.AL. nj.bkecf@fedphe.com
        Robert Davidow    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY nj.bkecf@fedphe.com
        Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. F/K/A NORWEST BANK MINNESOTA, N.A. ET.AL. nj.bkecf@fedphe.com
        Robert Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
        Robert L. Schmidt    on behalf of Debtor    ACB Receivables Management, Inc. robert@astschmidtlaw.com, info@astschmidtlaw.com;david@astschmidtlaw.com
        Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
        Sherri Jennifer Smith    on behalf of Creditor    SELENE FINANCE, LP, AS SERVICER FOR MTGLQ INVESTORS, L.P. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2006-RF4 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    SELENE FINANCE, LP, AS SERVICER FOR DLJ MORTGAGE CAPITAL, INC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-23 nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    SUNTRUST BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Steven D. Janel    on behalf of Creditor    Steven D. Janel, Esquire attorneyjanel@comcast.net
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Warren S. Jones, Jr.    on behalf of Defendant    Ferrari Financial Services, Inc. email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

                                                                                                                   TOTAL: 78