

Monroe Medical Associates

District of New Jersey
402 East State Street
Trenton, NJ 08608

16-27343

October 31, 2019

Please be advised that our office has moved and you need to update our mailing address:

OLD:

Monroe Medical Associates
685 Avon Drive
East Windsor, NJ 08520

NEW:

Monroe Medical Associates
339 Princeton Hightstown RD BLDG A
East Windsor, NJ 08512

FILED
JEANNE A. NAUGHTON, CLERK
NOV - 4 2019
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

Sincerely,

Karl J. Flesch
Office Manager

---

**Monroe Medical Associates**
339 Princeton-Hightstown Road, Building A, East Windsor, NJ 08512 • Tel 609.918.0330 • Fax 609.918.0331
princetonmedicine.org

David A. Ast
Ast & Schmidt
222 Ridgedale Ave.
PO Box 1309
Morristown, NJ 07962-1309

014478 14478 1 AB 0.409 08520 9 8 8920-1-15492

MONROE MEDICAL ASSOCIATES
685 AVON DR
EAST WINDSOR, NJ 08520-5600

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at http://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at http://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address. Make sure that you enter the name and address that were on <u>this</u> notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

014478    39508014492023