WED 39508 0362-2192 4627343
David A. Ast
Ast & Schmidt
222 Ridgedale Ave.
PO Box 1309
Morristown, NJ 07962-1309

*16-27343*

**✱ Please update address for case ✱**

012648 12648 1 AB 0.409 07452 1 0 8920-1-13662

PORTFOLIO A G MD
85 HARRISON RD
STE 102
GLEN ROCK, NJ 07452-3323

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2019 NOV 6 P 3: 15
JEANNE A. NAUGHTON
BY: [signature]
DEPUTY CLERK

**✱ New address ✱**
1 West Ridgewood Ave.
Suite 204
Paramus, NJ 07652

**✱ Old Address ✱**
85 Harristown Ave
Glen Rock NJ 07452

## ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at http://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at http://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address. Make sure that you enter the name and address that were on <u>this</u> notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures.<br><br>✱ Od<br><br>Thank you! |

012648    39508012660028

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–27343–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
ACB Receivables Management, Inc.
19 Main Street
Asbury Park, NJ 07712

Social Security No.:

Employer's Tax I.D. No.:
21-0625298

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE: December 3, 2019
TIME: 02:00 PM
LOCATION: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS: $473,895.61
TOTAL DISBURSEMENTS: $178,182.87
BALANCE ON HAND: $295,712.74

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Daniel E. Straffi
Chapter 7 Trustee

COMMISSION OR FEES
$0.00

EXPENSES
$594.30