| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>PARKER McCAY P.A.<br>BRIAN E. CAINE, ESQ.<br>9000 Midlantic Drive, Suite 300<br>P.O. Box 5054<br>Mount Laurel, NJ  08054-1539<br>(856) 985-4059<br>Attorney for M&T Bank, its successors and/or assigns | **Order Filed on November 26, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>ACB Receivables Management, Inc. | Case No. 16-27343-CMG<br><br>Hearing: November 26, 2019<br><br>Judge: Christine M. Gravelle |

**ORDER TERMINATING THE AUTOMATIC STAY AS IT APPLIES TO M&T BANK *NUNC PRO TUNC*, AS OF SEPTEMBER 9, 2016; AND PROVIDING OTHER RELIEF**

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: November 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: ACB Receivables Management, Inc.
Case No: 16-27343-CMG
Caption of Order: ORDER ANNULLING THE AUTOMATIC STAY AS IT APPLIES TO M&T BANK *NUNC PRO TUNC*, AS OF SEPTEMBER 9, 2016; AND PROVIDING OTHER RELIEF

---

Upon the motion of M&T Bank, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay, *nunc pro tunc*, as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED as follows:

The automatic stay of *11 U.S. C. §362* is hereby terminated and annulled as it applies to Movant, *nunc pro tunc*, as of September 9, 2016 to permit Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by movant upon the following:

*160 Kings Mountain Rd., Freehold Twp., NJ 07728*

Any and all foreclosure proceedings heretofore completed against the aforesaid property in the Superior Court of New Jersey, Chancery Division, Monmouth County under Docket No. F-013568-19, are hereby ratified and confirmed by this Court as not being in violation of the automatic stay, and effectual as if the automatic stay was never in effect.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.