UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Straffi & Straffi
670 Commons Way
Toms River, NJ  08755
(732) 341-3800
(732) 341-3548 (fax)

Order Filed on December 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ACB RECEIVABLES MANAGEMENT, INC.

                    Debtor.

Case No.:  16-27343/CMG

Hearing Date: 12/3/19

Judge: Honorable Christine M. Gravelle

Chapter 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| <u>APPLICANTS</u> | <u>COMMISSION/FEES</u> | <u>EXPENSES</u> |
|---|---|---|
| Daniel E. Straffi<br>Trustee | $0.00 | $594.30 |