UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

831810
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, NATIONAL
ASSOCIATION AS TRUSTEE FOR OPTION ONE
MORTGAGE LOAN TRUST 2006-1, ASSET-BACKED
CERTIFICATES, SERIES 2006-1

**Order Filed on December 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  ACB RECEIVABLES MANAGEMENT, INC.

  Debtor

Case No.: 16-27343 - CMG

Hearing Date: 12/03/2019 @ 10:00 AM

Judge: CHRISTINE M. GRAVELLE

Chapter: 7

Recommended Local Form: ☐ Followed  ☒ Modified

**ORDER GRANTING MOTION FOR RELIEF FROM STAY
PURSUANT TO §362(d), NUNC PRO TUNC, TO VALIDATE
FORECLOSURE PROCEEDINGS AS OF OCTOBER 1, 2018**

____    The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 3, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1, under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to §362(d), Nunc Pro Tunc, to validate foreclosure proceedings as of October 31, 2018 as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated pursuant to §362(d), Nunc Pro Tunc as of October 1, 2018, to validate foreclosure proceedings, and all actions taken since that time, to permit the movant to continue with its State Court Rights in the following:

☒ Real Property more fully described as:

69 FIVE POINTS ROAD, HOWELL, NJ 07728

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*